1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Jeffrey D. Winchester, Esq. (Nevada Bar No. 10279)
2  jeffrey.winchester@lewisbrisbois.com
   6385 S. Rainbow Boulevard, Suite 600
3  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
4  Facsimile: 702.893.3789

5  *Attorney for Defendant Thompson Michie Associates, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA CANTU and REBEKAH SVINNING, on behalf of themselves and all others similarly situated,<br><br>             Plaintiff,<br><br>      vs.<br><br>THOMPSON MICHIE ASSOCIATES, LLC, a foreign limited liability company; TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC., a foreign corporation; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No.:<br><br>**PETITION FOR REMOVAL** |

Defendant, Thompson Michie Associates, LLC, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes the action filed by Plaintiffs Christina Cantu and Rebekah Svinning ("Plaintiffs") in Clark County District Court, Case No. A-24-890712--C (the "State Court Action") to this Court, as follows:

1. On April 8, 2024, Plaintiffs filed the State Court Action against Defendant Thompson Michie Associates, LLC, and against Defendant TM Equities, Inc., f/k/a/Thompson Michie Associates, Inc.("TM Equities, Inc.") (collectively, "Defendants").

2. Plaintiffs served each Defendant with a Summons and copy of the Complaint on April 15th, 2024. (True and correct copies of all pleadings and documents filed and served in the State Court Action

140263423.1

are attached as Composite Exhibit 1.)

3. The Complaint contains two causes of action arising under federal law: (i) alleged "Failure to Pay Overtime in Violation of the FLSA [Fair Labor Standards Act], 29 U.S.C. § 207" (Complaint at p. 12); and (ii) alleged "Retaliation under the FLSA (Complaint at p. 15 (citing 29 U.S.C. § 215(a)(3)).

4. The Complaint (p.18) further seeks "liquidated damages pursuant to 29 U.S.C. §216(b)."

5. Removal is proper pursuant to 28 U.S.C. § 1441(a) ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.")

6. Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(1), as this Notice is being filed within thirty (30) days of the receipt by Defendant Thompson Michie Associates, LLC, of a copy of the Complaint.

7. Counsel for Defendant Thompson Michie Associates, LLC, has conferred with and received the consent of counsel for co-Defendant TM Equities, Inc. to remove this case to this Court, as required by 28 U.S.C. § 1446(b)(2) (A). (*See* Declaration of Jeffrey D. Winchester, Esq., attached hereto at Exhibit 2.)

8. Pursuant to 28 U.S.C. § 1447(b), copies of all records and proceedings in the State Court Action are attached to this Notice. *See* Exhibit 1.

9. Pursuant to 28 U.S.C. §1446(d), Defendant Thompson Michie Associates, LLC will serve contemporaneous, written notice of the filing of this Notice of Removal on Plaintiffs, Defendant TM Equities, Inc., and on the Clerk of the Clark County District Court.

/ / /

/ / /

/ / /

/ / /

/ / /

140263423.1                           2

10. WHEREFORE, Defendant, Thompson Michie Associates, LLC, prays that the Clark County District Court proceed no further with Case No. A-24-890712-C; that said action be removed from the Clark County District Court to the United States District Court for Nevada; and that this Court issue such orders and process as are necessary to preserve its jurisdiction over this matter.

Dated this 14th day of May, 2024

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ *Jeffrey Winchester*
Jeffrey Winchester
Nevada Bar No. 10279
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Tel. 702.893.3383

*Attorney for Defendant Thompson Michie Associates, LLC*

140263423.1                    3

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 14th day of May, 2024, I electronically filed and served the foregoing **Notice of Removal** with the Clerk of the Court through Case Management/Electronic Filing System as follows:

Jason Kuller, Esq. (Nevada Bar No. 12244)
Shay Digenane (Nevada Bar No. 16397)
Jason@rafiilaw.com
shay@rafiilaw.com
RAFII & ASSOCIATES, P.C.
3753 Howard Hughes Pkwy, Unit 200
Las Vegas, Nevada 89169
Telephone: 725.245.6056
Facsimile: 725.220.1802

With additional service on the following:

David Broadbent
dbroadbent@hollandhart.com
HOLLAND & HART
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
T:801.799.5806

By:   /s/  Billi Montijo
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

140263423.1                                 4