Jason Kuller, NV Bar No. 12244
Rachel Mariner, NV Bar No. 16728
Shay Digenen, NV Bar No. 16397
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Suite130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
rachel@rafiilaw.com
shay@rafiilaw.com
*Attorneys for Plaintiffs*



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA CANTU and REBEKAH SVINNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMPSON MICHIE ASSOCIATES, LLC, a foreign limited liability company; TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC., a foreign corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-CV-00908-APG-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR THE PARTIES TO CONDUCT THE FRCP 26(f) CONFERENCE AND TO SUBMIT A PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to extend the current deadline, June 14, 2024, one week to June 21, 2024, for the parties to complete the FRCP 26(f) conference and file a proposed Discovery Plan and Scheduling Order.

1. The four (4) law firms representing the parties have so far been unable to coordinate a mutually convenient time to meet and confer on a joint Discovery Plan and Scheduling Order pursuant to FRCP 26(f).

2. In addition to scheduling conflicts, Plaintiff Defendant Thompson Michie Associates, LLC ("TMA") obtained new counsel after filing an answer, which required additional time coordinating transfer of the file and for new TMA counsel to assimilate the file information.

3. Plaintiffs' counsel has already distributed a draft Discovery Plan and Scheduling Order, which the parties plan to discuss next week.

4. Accordingly, the parties need one additional week to conduct the FRCP 26(f) conference and submit their proposed Discovery Plan and Scheduling Order.

5. This request is made in good faith and not for the purpose of delay.

Dated this 14th day of June, 2024.

| LEWIS BRISBOIS BISGAARD & SMITH LLP | RAFII & ASSOCIATES, P.C. |
|---|---|
| */s/ Jeffrey Winchester* **(w/ Jeffrey Winchester permission)**<br>Jeffrey Winchester, Esq.<br>Nevada Bar No. 10279<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant Thompson Michie Associates, LLC* | */s/ Jason Kuller*<br>Jason Kuller, Esq.<br>Nevada Bar No. 12244<br>1120 N. Town Center, Suite 130<br>Las Vegas, Nevada 89144<br>*Attorneys for Plaintiff* |

**HOLLAND & HART LLP**

*/s/ Sydney Gambee* **(w/ Sydney Gambee's permission)**
Sydney R. Gambee, Esq.
Nevada Bar No. 14204
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Defendant Tm Equities, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: 6/18/2024



**CERTIFICATE OF SERVICE**

I hereby certify that, on the date shown file stamped on this pleading, I served a copy of the foregoing pleading via electronic service in accordance with the Court's order and Local Rules and that it was served on all parties registered with the Court's CM/ECF system of electronic service.

                                                  JASON KULLER