1  Jason Kuller, NV Bar No. 12244
   Rachel Mariner, NV Bar No. 16728
2  Shay Digenen, NV Bar No. 16397
   **RAFII & ASSOCIATES, P.C.**
3  1120 N. Town Center Dr., Ste. 130
   Las Vegas, Nevada 89144
4  Phone: 725.245.6056
   Fax: 725.220.1802
5  jason@rafiilaw.com
   rachel@rafiilaw.com
6  shay@rafiilaw.com
   *Attorneys for Plaintiff*
7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10
   CHRISTINA CANTU and REBEKAH            Case No. 2:24-CV-00908-APG-DJA
11 SVINNING, on behalf of themselves
   and all others similarly situated,     **INDEX OF EXHIBITS Re:**
12                                         **PLAINTIFFS' OPPOSITION TO DEFENDANT**
                   Plaintiffs,             **TM EQUITIES INC.'S MOTION TO DISMISS**
13        v.                               **PURSUANT TO FRCP 12(b)(2) AND 12(b)(6);**
                                           **ALTERNATIVE MOTION FOR STAY**
14 THOMPSON MICHIE ASSOCIATES,            **PENDING JURISDICTIONAL DISCOVERY**
   LLC, a foreign limited liability
15 company; TM EQUITIES INC., f/k/a
   THOMPSON MICHIE ASSOCIATES,
16 INC., a foreign corporation; and DOES
   1 through 50, inclusive,
17
                   Defendants.
18

19

20

21

22

23

24

25

26

27

28




RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

| Exhibit | Description |
|---------|-------------|
| A | WayBackMachine www.tmequities.com screenshot re "Our Mission" |
| B | WayBackMachine www.tmequities.com screenshot re "Who We Are" |
| C | WayBackMachine www.tmequities.com screenshot re "Portfolio" |
| D | www.prequin.com screenshot re TM Equities |
| E | www.thompsonmichie.com screenshot re "About Us" |
| F | www.apartments.com screenshot re "Thompson Michie Communities" |
| G | "*Utah Firm Buys Henderson Apartment Complex for Almost $100M*" Las Vegas Review-Journal (May 11, 2018) by Eli Segall |
| H | "*Wage theft a problem across industries study says (NV)*" Las Vegas Review-Journal (June 3, 2019) by Bailey Schulz |
| I | Clark County Assessor online records search re Island at the Legacy |
| J | "*Wolff Co sells Las Vegas Community for $151 Million*" Multifamily News (February 21, 2022) by Jeff Haman |
| K | www.sentry.financial/real-estate website page |
| L | Utah SoS Registered Principals of TM Equities Inc. |
| M | "*Sharing Memories*," S.J. Quinney College of Law (Spring 2024) |
| N | NV SoS Entities with TM Equities Inc. as Managing Member or Officer |
| O | NV SoS Filing History of TM Equities |
| P | NV SoS Name History of TM Equities |
| Q | NV SoS Entity Information for La Vie, LLC |
| R | NV SoS Entity Information for The Aviary at Union Village LLC |
| S | NV SoS Default Status of Thompson Michie Associates, LLC (4/5/2024) |
| T | Consent Decree between USA and Scottsdale Serene Associates, LLC represented by Roger H. Thompson of Thompson Michie Associates Inc. |
| U | Datanyze Thompson Michie Associates Profile |
| V | Better Business Bureau Profile of Thompson Michie Associates, LLC |

**RAFII & ASSOCIATES, P.C.**
EXCELLENCE | COMMITMENT | RESULTS

# EXHIBIT A

# EXHIBIT A

The Wayback Machine - https://web.archive.org/web/20210419052720/http://tmequities.com/



Real Estate Investments                                              James R. Michie
Consulting                                                          Roger H. Thompson
Brokerage

## Our Mission

Investment in multi-family and other Real Estate opportunities in the intermountain region.  Minimum community size of 100 units.

## Contact Information

428 E. Winchester #100                  801-532-6143 tel
Salt Lake City, UT  84107               801-263-1071 fax

**Copyright © TM Equities Inc.**

# EXHIBIT B

# EXHIBIT B

The Wayback Machine - https://web.archive.org/web/20070112065106/http://www.tmequities.com:80/who.htm



| Home |
| News |
| Who We Are |
| Portfolio |
| Contact Us |

## About TM Equities

    TM Equities Inc. was formed in 1973 as Thompson Michie Associates, Inc. ("TMA") by Roger H. Thompson and James R. Michie.  It was formed for the purpose of managing and developing various forms of real estate.  TMA became experienced in managing for its own account and for the accounts of several clients, many types of income properties including office buildings, industrial space, apartment communities, and condominium owners associations.  It also developed significant properties for its own account and in partnership with various financial institutions.  TMA's experience included management of commercial and residential properties in Utah, Arizona, Colorado, Pennsylvania, Nevada, New Mexico and Texas.  TMA has also been extensively involved in helping institutions with their own real estate portfolios and acting as receiver for the courts.  TMA has done consulting work for major pension funds and has acted as expert witness in civil litigation regarding the market conditions and absorption rates in the Utah real estate market.

    Since approximately 1985, TMA and its principals, James R. Michie and Roger H. Thompson, have been acquiring multi-family apartment properties.  Because TMA's principals came from a development background, TMA knows the challenges in owning properties.  It also feels it has unique expertise in increasing equity values through sophisticated procedures and in the application of value-added techniques.  TMA's goal in almost all instances is to find ways to increase the rental rates, net operating income, the net rentable area, or a possible change of use.  Often, cosmetic changes, which are not too expensive, can make a great difference in the attractiveness and the rentability of a property.  TMA insists that its properties are neat and clean and present the best "curb appeal" possible.

    In addition, TMA has had extensive experience in the restoration of historic structures and the rehabilitation of neglected properties.  This experience includes the supervision of complete change-out of electrical and plumbing, total interior renovations including kitchens and bathrooms, exterior cosmetic improvements and landscaping.  TMA has received community awards for its restoration and rehabilitation endeavors.

    In 2005, TMA sold its property management operations to R. Eric Thompson and Trenton S. Michie and the company changed its name to TM Equities Inc., reflecting its new, primary objective of further acquisition of investment properties.  Thompson Michie Associates, LLC continues to carry on the legacy of property management excellence developed by Roger Thompson and Jim Michie.

**Roger H. Thompson**   CEO, Chairman of the Board, Owner
Roger H. Thompson was born in Salt Lake City, Utah.  He graduated from East High School in 1958.  Roger H. Thompson's background includes a BA in History from Yale in 1964.  Roger loves to sing and he was a member of the Yale Whiffenpoofs, Yale Glee Club and the Yale Alley Cats. He served as a missionary for the LDS church in Germany.  Roger obtained a Juris Doctor degree from the University of Utah College of Law in 1967.  He distinguished himself in law school earning the prestigious Order of the Coif and was a member of the board of editors of the Utah Law Review.  Mr. Thompson practiced law for several years with the firm of VanCott, Bagley, Cornwall and McCarthy.  He then served as VP and General Counsel with the condominium development firm of Keith Romney Associates.

Mr. Thompson is a former: President of the Yale Club of Utah, member of the Real Estate advisory committee for the Yale University Endowment fund, Secretary of the Board of Governors of the Association of Yale Alumni, President and board member of Salt Lake City School Volunteers, Inc, President of the East High School PTSA, member of the Mayor's Task Force on Historic Preservation, member of the Mayor's Committee on Condominium Conversion Legislation, a past delegate of the Utah Democratic Convention and a member of the Board of Directors of the State of Utah-Olene Walker Housing Trust Fund.

He has served as member and VP of the Salt Lake City Board of Education.  He has served as a city councilman and council chair for Salt Lake City and member of the advisory committee of Re-Development Agency of Salt Lake City.  He is also a former member of the board of trustees of the University of Utah College of Law alumni association.  Roger has served as a Bishop in the LDS church.

Roger is currently a Licensed Broker in Utah, a commissioner of the Housing Authority of Salt Lake City, and President of the Utah Symphony Conductor's Circle Advisory Council.  Roger is an avid tennis player and can be found on the court many mornings.  He enjoys spending time with his family which now includes 16 grandchildren.

**James R. Michie**   President, Board Member, Owner
James R. Michie was born in Salt Lake City, Utah.  He graduated from East High School in 1956 where he was the student body president and active in athletics.  He was offered scholarships to Yale, Columbia University, University of Pennsylvania and the University of Utah.  Jim attended Yale on a scholarship, graduating with a BA in Economics in 1960 and was elected to Berzelius, Senior Honor Society.  He sang in the Yale Alley Cats singing group.  After attending Stanford Business School he went to work with the Pacific Telephone Company in northern California.  Jim became a securities broker with Goodbody and Company and started the Salt Lake City office of DuPont, Glore, Forgan, Inc., a national New York Stock Exchange firm, and built the office to a

staff of 30 people prior to forming Thompson Michie Associates with Roger Thompson.

Jim has formerly been; President of the Yale Club of Utah, member of the Real Estate advisory committee for the Yale University Endowment fund, delegate to the Utah Republican Convention, member of Rotary International, served as a Bishop in the LDS church, served as Mission President of the Philadelphia mission in the LDS church, and continues to give generously of his time to his faith. Jim is a licensed real estate Broker.

An avid runner, Mr. Michie has finished over 30 marathons including the Disneyworld, Deseret News, St George, Big Sur, Boston, New York and Paris marathons.  Having survived cancer, Jim finished 1st place in his age group in the 2004 Salt Lake City Marathon.  Jim is a talented painter and artist and loves to spend time with his children and grandchildren in San Diego, California.

Copyright © 2005 TM Equities Inc.
Last modified: 07/21/05

# EXHIBIT C

# EXHIBIT C

The Wayback Machine - https://web.archive.org/web/20070112193057/http://www.tmequities.com:80/portfoli...



## Current Portfolio

TM Equities, its principals, or both have an ownership interest in the following:

| NAME | UNITS | LOCATION |
|---|---|---|
| Allegro @Corner Canyon Apartments | 258 | Draper, Utah |
| Cherry Creek Apartments | 225 | Riverdale, Utah |
| Cinnamon Tree Apartments | 398 | Albuquerque, New Mexico |
| Comanche Wells Apartments | 179 | Albuquerque, New Mexico |
| Fox Creek Apartments | 186 | Layton, Utah |
| Grandridge Apartments | 470 | Omaha, Nebraska |
| Kennedy Ridge Apartments | 959 | Denver, Colorado |
| Lake Pines Apartments | 294 | Murray, Utah |
| Layton Meadows Apartments | 334 | Layton, Utah |
| Raintree Apartments | 364 | Tucson, Arizona |
| Rancho Serene Apartments | 216 | Las Vegas, Nevada |
| Reflections @ River's Edge Apartments | 324 | Boise, Idaho |
| Telegraph Hill Apartments | 200 | Albuquerque, New Mexico |
| Wellington Place Apartments | 280 | Albuquerque, New Mexico |

Copyright © 2005 TM Equities Inc.
Last modified: 12/21/05

# EXHIBIT D

# EXHIBIT D

**Overview**     Known Decision Makers

🔒 **= Subscriber Access Only**

You are viewing a preview of this profile. Request a Preqin Pro demo for full access to all profiles and underlying data.

With **Preqin Pro**, you gain an unobstructed view of all alternative asset class activity across institutional investors, fund managers, funds, portfolio companies, deals, exits, and service providers.

[ **Request a Demo** ]

**Type**

Real Estate Firm

**Location**

Salt Lake City, UT, US

**Alternative Asset Classes**

RE

| Established | Firm Ownership | Investment Team Staff | Total Staff |
|---|---|---|---|
| 1973 | Independent Firm | 🔒 | - |

TM Equities (formerly known as Thompson Michie Associates) is a US-based real estate firm, specializing in the acquisition, development, rehabilitation management and real estate assets. Established in 1973, the firm focuses on opportunities in multi-family, industrial and office properties across the US with a primary focus in the intermountain region.

| Asset Class | No. of Funds Currently Managed | Funds Raised in Last 10 Years | Est. Dry Powder | Strategies |
|---|---|---|---|---|
| Private Equity | - | 🔒 | 🔒 | - |

Added

**Overview**     Known Decision Makers

| Asset Class | No. of Funds Currently Managed | Funds Raised in Last 10 Years | Est. Dry Powder | Strategies |
|---|---|---|---|---|
| Infrastructure | - | 🔒 | 🔒 | - |
| Natural Resources | - | 🔒 | 🔒 | - |

| Asset Class | No. of Funds Currently Managed | AuM | Date of AuM | Strategies |
|---|---|---|---|---|
| Hedge Funds | 0 | 🔒 | 🔒 | - |

Want to see more?

**Request a demo** for full access to this profile.

## 1 Known Decision Makers

| Contact Name | Position | Location | Email | Telephone | Asset Class |
|---|---|---|---|---|---|
| 🔒 | Founder, Principal, CEO & Chairman | Salt Lake City, US | 🔒 | 🔒 | RE |

Showing 1 of 1 known decision makers at **TM Equities**

Preqin screens the most influential contacts in alternatives, so you only reach the key decision makers

**Request a Demo** to see more

Performance track records at your fingertips

With data and benchmarks that track back more than 40 years, Preqin Pro is the most trusted data provider in the industry.

**Overview**  Known Decision Makers



# Time to go Pro

Get Preqin Pro for unrestricted access to 600,000+ detailed profiles on fund managers, investors, funds, companies, and other alternative asset players. Unlock exclusive data on future plans, company financials, fundraising history, track records, and more.

| Sign in | Request demo |

Who We Are

Preqin Pro

Our Corporate Responsibility

Insights+

**Overview**      Known Decision Makers

Careers

LP & Capital Allocator Solutions (Colmore)

## Who We Help

Our Clients

Fund Managers

Investors

Placement Agents and Third-Party Marketers

Investment Consultants

Fund and Transaction Services

Consulting and Corporate Advisory Services

Banks

Academic Institutions

Industry Associations

## Data

Our Data

Why Contribute Data

24-Hour Support

## Insights

Research

Conferences and Events

Preqin Academy

## Preqin Data

Dashboard

## Register Interest

Demo

Free Account

Newsletter

**Social**

Terms and Conditions    Privacy Policy    Cookie Policy    Accessibility    Compliance    Our Sitemap    Modern Slavery Act    Report an Ethics Concern

Copyright 2024 by Preqin

# EXHIBIT E

# EXHIBIT E



# EXHIBIT F

# EXHIBIT F



# EXHIBIT G

# EXHIBIT G

# Utah firm buys Henderson apartment complex for almost $100M



The exterior of Castile apartment complex photographed on Friday, May 11, 2018, in Henderson. Bizuayehu Tesfaye/Las Vegas Review-Journal @bizutesfaye

By **Eli Segall** Las Vegas Review-Journal

May 11, 2018 - 5:59 pm

 

Don't miss the big stories. Like us on Facebook.     Like 321K

Updated May 11, 2018 - 6:04 pm

They're 2 miles and nearly $70 million apart.

Salt Lake City investment firm TM Equities recently bought the Castile apartment complex in Henderson for $99.6 million, more than five years

after buying a rental complex up the road for $30 million, property records show.

It bought Castile from developer The Wolff Co. on April 30.

The deal is another sign of apartments' rising property values in Southern Nevada. The sector has been marked in recent years by increased construction, shrinking vacancies, higher rents and landlords' rising purchase prices.

Castile, which opened less than a year ago, sold for $200,000 per unit, far above the nearly $114,000 per unit that investors paid on average for Southern Nevada apartment complexes last year, as tracked by brokerage Colliers International.

TM founders Roger Thompson and James Michie did not respond to requests for comment this week.

Amber Huntley-Ruiz, marketing director for Scottsdale, Arizona-based Wolff, confirmed that the company sold Castile but declined to comment on the transaction.

She said that the 498-unit complex at 1545 Wigwam Parkway, off Stephanie Street and the 215 Beltway, opened for occupancy in June 2017 and that 390 units had been leased by April 1.

TM Equities owns other apartment complexes in Henderson, property records show, including Adobe Ranch. The 234-unit complex at 1350 Kelso Dunes Ave., near the corner of Stephanie and Warm Springs Road, was built in 2003 and sits about 2 miles north of Castile.

TM bought it in early 2013 for around $128,200 per unit, county records show.

Contact Eli Segall at esegall@reviewjournal.com or 702-383-0342. Follow @eli_segall on Twitter.

## MORE STORIES

REAL ESTATE BRIEFS JUNE 1

'I'm ready to die': Man killed by officers was about to stab woman, police say

# EXHIBIT H

# EXHIBIT H



**About Us**  **Studies & Reports**  **Laws**  **News**  **Conference**  **Compliance Groups**  **Wages**  **Join Us**  **Contact Us**

# Wage theft a problem across industries, study says (NV)

POSTED BY NATIONAL ALLIANCE FOR FAIR CONTRACTING ON JULY 9, 2019



By: Bailey Schulz
Las Vegas Review-Journal
June 3, 2019 – 7:22 am

...

Wage theft is a recurring problem found in a range of industries across the state, according to a 2018 study. Today's tight labor market isn't expected to help.

**Nevada's findings**

Nevada Labor Commissioner Shannon Chambers said wage theft cases – instances where a company tries to raise profits by forcing employees to work off the clock or not paying them for overtime work – have been on the rise in Nevada over the past four years. But that doesn't necessarily mean more companies are engaging in illegal practices.

"We are receiving more claims," Chambers said. "Part of that is because our economy is improving again, and there are more people in the workforce."

**Back wages on the rise**

In 2018, the U.S. Department of Labor's Wage and Hour Division collected an average of $835,000 for workers per day in back wages – the difference between what an employee was paid and the amount that employee should have been paid.

## Search News

Search ...

## Recent News


Minnesota Legislature Passes Prevailing Wage and Worker Protection Policies With Support From North Star Policy Action


Parents Sue Over Construction Worker Death at Metro School


Federal Court Orders 4 Arizona Contractors to Pay Over $3.2m in Owed Wages, Damages to 890 Workers after Department of Labor Investigations


Study Shows that Project Labor Agreements Promote Bid Competition, Control Costs, and Expand Pathways to Skilled Construction Careers

## Archives

June 2024

May 2024

April 2024

March 2024

February 2024

October 2023

September 2023

August 2023

# EXHIBIT I

# EXHIBIT I

# Briana Johnson, Assessor

| Assessor Map | Aerial View | Building Sketch | Ownership History | Neighborhood Sales | New Search |
|---|---|---|---|---|---|

## GENERAL INFORMATION

| | |
|---|---|
| PARCEL NO. | 178-18-316-011 |
| OWNER AND MAILING ADDRESS | THOMPSON ROGER<br>2420 LEGACY ISLAND CIR<br>HENDERSON<br>NV 89074 |
| LOCATION ADDRESS | 2420 LEGACY ISLAND CIR |
| CITY/UNINCORPORATED TOWN | HENDERSON |
| ASSESSOR DESCRIPTION | ISLAND AT THE LEGACY AMD<br>PLAT BOOK 66 PAGE 5<br>LOT 11 BLOCK 1 |
| RECORDED DOCUMENT NO. | * 20140403:01347 |
| RECORDED DATE | APR 3 2014 |
| VESTING | NS |
| COMMENTS | BD-20200511:1457 |

*Note: Only documents from September 15, 1999 through present are available for viewing.

# EXHIBIT J

# EXHIBIT J





Apartment & Multifamily News

MULTIFAMILY NEWS

# Wolff Co. Sells Vegas Community for $151M

By Jeff Hamann - February 21, 2022

The Wolff Co. has sold The Aviary, a 360-unit multifamily property in Henderson, Nev., to TM Equities for $151 million, records filed with Clark County indicate. The buyer, based in Salt Lake City, financed the purchase with an acquisition loan from a lender affiliated with AIG Asset Management.

The Aviary, opened in 2020, has a mix of studio to three-bedroom apartments between 544 and 1,203 square feet, the property's RENTCafé listing shows. The community's units feature high-end finishes, from quartz countertops to wood-style flooring, with a number of apartments also boasting kitchen islands, walk-in closets and private balconies. Community amenities include a conference room, package lockers, bicycle storage, a swimming pool, and a spa.

Located on 15.2 acres at 1070 Wellness Place adjacent to the Henderson Hospital campus. Prior to that facility's opening in 2016, the immediate area had little more than single-family homes. Since then, however, The Wolff Co. has been busy: The company also delivered The Well, a 396-unit asset next door, which sold in early 2021 for $83.5 million.

## No Longer a Gamble

Las Vegas took one of the hardest hits nationwide in the early days of the pandemic, as the metro's gigantic entertainment industry shuttered overnight and — even now — the hospitality sector has yet to recover to early 2020 levels. Tourism and leisure travel have moved closer to previous years, but business travel still has a long way to go.



for the year — the third-highest in the [GSE's 2022 outlook](#), trailing only Phoenix and Tampa, Fla. Within Henderson itself, the outlook may be even brighter: Yardi Matrix's [Vegas report](#) from this past fall highlighted that rent growth in the Henderson East submarket has exploded, up 31.5% between October 2020 and 2021.

MULTIFAMILY NEWS     MULTIFAMILY INVESTING

**Share this article on:**

|  |
|---|

Facebook    Twitter    Google+    Linkedin    Pinterest

PREVIOUS POST
**Blackstone to Buy PAC for $5.8B**
February 21, 2022

NEXT POST
**Long Beach Luxury Asset Commands $49M**
February 23, 2022

## More in multifamily news

**Tucson Community Sells for $14M**
June 03, 2022

**Alta Housing Opens Silicon Valley Affordable Housing**
June 01, 2022

**CES Properties Sells $61M Value-Add Community**
May 27, 2022

Multifamily Today

A technologically and operationally flat surface for distributing multifamily industry news, trends and information from the apartment sector's leading minds.

Tags

Affordable Housing    Agency Loans    Apartment Loans    Apartments    Closed Deals    CMBS Loans    Conduit Loans

Cost Segregation    Fannie Mae Multifamily    Fannie Mae Small Loans    Freddie Mac Multifamily    Freddie Mac SBL

HUD 221(D)(4) Loans    HUD 223(F) Loans    HUD 232 Loans    HUD Multifamily    Janover Ventures    LIHTC

Luxury Development    Market Rate    Market Trends    Mixed-Use Properties    Multifamily    Multifamily Construction

Multifamily Development    Multifamily Financing    Multifamily Investing    Multifamily Loans    Multifamily News

# EXHIBIT K

# EXHIBIT K

  

Search…

MENU     Sentry Financial

— SENTRY FINANCIAL

# Building Sustainable Communi

DIVISION OVERVIEW    ACQUISITION & DEVELOPMENT    OUR PORTFOLIO    OUR TEAM    PROPERTY LISTINGS    FAQ

In Sentry Real Estate, our vision is to become a premier real estate developer and property owner in the Intermountain West. Our mission is to create and acquire environmentally sustainable, healthy, and socially impactful communities in which people can comfortably live, work, learn and play.

# We're committed to principles that build long-lasting residential communities, like

MENU

## Sentry Financial

gration, eco-friendly features, and holistic design influenced by New Urbanist principles.

— DIVISION OVERVIEW

Since 1992, Sentry has acquired 24 apartment properties across six states. We currently own 12 properties in four states (all but two of which were acquired with our property management and equity partner, Thompson Michie Associates).

We also develop and construct new apartment properties. Since its inception, Sentry Real Estate has focused on large properties (150 to 500 units), but has occasionally included smaller properties (3 to 20 units).

— OUR APPROACH: FINANCING PROGRAMS

## Acquisition & Development





MENU     Sentry Financial

## Existing Properties

The acquisition, ownership, and management of large "Class A" and "Class B" apartment properties (150 to 500 units) in the Intermountain and Southwestern United States.





## New Construction Properties

The development, construction, ownership, and management of large "A" caliber apartment properties (150 to 500 units) along the Wasatch Front, with respect to which we include:

- energy efficiencies, solar generation, and water conservation, and

- a meaningful portion of the units as affordable.






## Unique Opportunities

The **opportunistic acquisition** of other real estate (which can include residential, commercial, or retail), primarily in the Salt Lake metropolitan area, that will create long-term positive impact on our communities.



— OUR PORTFOLIO: APARTMENT PROPERTIES





MENU



**Sentry Financial**

## The
Draper, UT

## The Allegro
Draper, UT

## The Andante
Denver, CO





Adagio is an Italian musical term which means "*at ease*." Adagio at Corner Canyon is a community rich in custom home features coupled with the ease of apartment living.

LEARN MORE

Allegro at Corner Canyon Apartment Homes offers a classic location with an environment that is rich in design and bold in style. We are located in Draper, Utah and we are close to I-15 for easy access to Salt Lake City.

LEARN MORE

Convenient shopping, award-winning schools, local museums and parks are all close at hand with sponsored activities to develop new hobbies while getting to know your neighbors.

LEARN MORE



— OUR TEAM



**Sentry Financial**

MENU



**Jonathan M. Ruga**

Chief Executive Officer

**Peter M. Corroon, Esq., MRED**

Manager, Real Estate

**Tina B. Ruga, MS**

Project Manager, Real Estate



**Ryan Scrivano**

Investment Analyst

— **FAQ**

Why Partner With Us?

Are We the Right Fit?

What Are the Project Criteria?

What's the Process for Partnering With Sentry?

What Are Sentry's Terms?

MENU
 Sentry Financial

I'm Interested. How Do We Get Started?

# Are you interested in our services?
# Please feel free to contact us

CONTACT US



**Forging A Better Future**

© Copyright Sentry Financial 2022 | Accessibility Statement

# EXHIBIT L

# EXHIBIT L

## Registered Principals



| Name | Type | City | Status |
|---|---|---|---|
| TM EQUITIES INC. | Corporation | SALT LAKE CITY | Active |
| | | | |

| Position | Name | Address | |
|---|---|---|---|
| Registered Agent | ROGER H THOMPSON | 428 E WINCHESTER ST #100 | SALT LAKE CITY UT 84107 |
| Treasurer | BECKY CUTLER-GUNN | 4615 BELMOUR WAY | Salt Lake City UT 84117 |
| Director | JAMES R MICHIE | 3075 E. KENNEDY DR. | SALT LAKE CITY UT 84108 |
| President | JAMES R MICHIE | 3075 E. KENNEDY DR. | SALT LAKE CITY UT 84108 |
| Director | TRENTON SMITH MICHIE | 1676 E. FOREST HILLS DR. | SALT LAKE CITY UT 84106 |
| Vice President | R ERIC THOMPSON | 1365 E KRISTIE LANE | SALT LAKE CITY UT 84108 |
| Director | ROGER H THOMPSON | 1487 HARVARD AVE | Salt Lake City UT 84105 |
| Secretary | ROGER H THOMPSON | 1487 HARVARD AVE | Salt Lake City UT 84105 |
| Vice President | ROGER H. THOMPSON | 1487 HARVARD AVENUE | SALT LAKE CITY UT 84105 |
| | | | |
| If you believe there may be more principals, click here to View Filed Documents | | | |

Business Name:

# EXHIBIT M

# EXHIBIT M

**S.J. QUINNEY COLLEGE OF LAW**



# Sharing memories: College of Law holds first Golden Gavel Society and annual Alumni Awards

RES GESTAE | SPRING 2024

**Utah Law recognizes graduates from the class of 1948 and beyond**

The College of Law recently introduced a brand-new way to celebrate older alums and, on the same day, honored both the class of 2024 and graduates spanning the decades at the annual Alumni Awards. We've spotlighted just two of the attendees—George Fadel and Roger Thompson—below.

## As good as gold: Recognizing a half-century of College of Law graduates

George K. Fadel, who turned 103 on Dec. 20, began law school in 1941 and finished just one year of his degree before shipping out to North Africa and Italy with the Army ROTC. When World War II ended in Europe, he enrolled again at the College of Law, graduating in 1948.

"Most everybody was in general practice, focusing on divorces and probations,"



Dean Elizabeth Kronk Warner, left, and George K. Fadel



S.J. QUINNEY COLLEGE OF LAW



attorneys are going to get clients. I don't know where *my* next client is coming from.'"

Fortunately, Fadel was able to find work, serving as city attorney for Bountiful, Utah, before becoming the mayor in 1954 and later working in his law office until age 100.

When Fadel was a new graduate, he had lunch frequently with James E. Faust, also a 1948 graduate and a Utah representative for whom the Utah Law library is named. Within their first year as alums, Fadel and Faust took a criminal case together, representing a store owner defending his business.

"Without knowing all of the ins and outs of criminal practice, we were able to reduce a man's sentence from first-degree murder to involuntary manslaughter, and he served one year in jail," Fadel said. "It was unheard of for freshmen lawyers to try a criminal case downtown. We got lucky."

Fadel was just one of many who attended the inaugural Golden Gavel Society celebration on April 12, which recognized College of Law alums who graduated 50 or more years ago. Keynote speaker Ardeth Houde, who graduated in 1957, recalled being the only woman in her class, while Professor Jim Holbrook, who graduated in 1974, recounted the years of turmoil surrounding the Civil Rights movement and the Vietnam War when he finished law school.

"To some extent, our lives have been a blur. We're confronting our own mortality," Holbrook said. "It is lovely that you created this experience that we can all share with one another and to celebrate who we've become: truly decent people who deserve the honor of being recognized by our law school, by our alma mater."

**See more photos from the Golden Gavel Society in our <span style="color:red">Flickr album</span>.**

## Honoring alumni and welcoming the class of 2024

The College of Law's annual Alumni Awards celebration was also held April 12. Dean Elizabeth Kronk Warner recognized Alumni of the Year winners Roger Thompson ('67) and Jim Holbrook, Spirit of Quinney award-winner Kelley Gale ('79), and Young Alumni of the Year winners Gabriela Mena ('17) and Laura Leon Rubiano ('16). Graduating students also received awards from the Student Bar Association, LGBTQ+ and Allied Lawyers of Utah, and Pro Bono Initiative.

In 1964, Alum of the Year winner Roger Thompson had recently graduated from Yale University and was trying to figure out what to do next. Since several of his high school classmates

| S.J. QUINNEY COLLEGE OF LAW |

to the University of Utah law school, he decided to look into it.



Dean Elizabeth Kronk Warner, left, and Roger Thompson

"I remember thinking that it was a good stopping point for a while, to see if I liked the law. I applied, and that's history," Thompson recalls. "The best part was the academic challenges. It was very stimulating and very interesting. I had a background in history as an undergrad, and some of these cases we studied arose from what I studied in history. I really enjoyed the people, both the students and the professors."

Since Thompson graduated in 1967, he says the number of women attending law school has greatly increased and also applauds the increase of opportunities for students.

"There are probably more student organizations and student activities now. Back then, a lot of us were married and didn't have time for extracurriculars. We went to class and studied, and that was about it," Thompson says. "The law school is also in a beautiful building now that is really nice for students."

After practicing law for a few years, Thompson partnered with his friend Jim Michie in 1973 to create a real estate partnership called TM Equities.

"I always had an inclination to be an entrepreneur. I've always been involved with my company in law in terms of zoning issues, environmental questions, titles, contracts, acquisition and disposition of real estate. One of the most rewarding things is having a great partner. With over 50 years together, we've never had a disagreement," Thompson says. "Trust is important. Don't force your opinion. If one of us doesn't feel good about something, we don't do it. We have mutual respect and trust."

Though Thompson is semi-retired now and his son and partner's son run TM Equities' day-to-day affairs, he says he will probably never fully retire. However, his focus now is on giving back through the Roger H. and Colleen K. Thompson Charitable Fund, which also honors Thompson's late wife, Colleen.



**S.J. QUINNEY COLLEGE OF LAW**

except during summers," Thompson recalls. "I felt it was a turning point in my life, and because of that I owed a debt to the law school. I want to help other people have the same experience."

Thompson says the Golden Gavel Society, which he also attended, was an opportunity to see so many classmates he had known so well after so many years.



"It was a nice tribute to all these people that have survived the practice of law and thrived and represented their community and profession most admirably," he says. "I also felt I wasn't really deserving of the Alum of the Year award. There are so many able lawyers that have done so much good in the world. I was grateful to receive it."

Despite his initial hesitation about the award, Thompson is quick to extol the values of a law degree.

"The practice of law, the skills you learn in law school—to read with skill and with detail, to write well and concisely, and most of all to think about things and to try to figure out what the real problems are and to solve them—are things that you can use in any activity and any profession," he says. "There are a lot of opportunities for people with that kind of training."

**See more pictures of the Alumni Awards on Flickr**, and watch Roger Thompson's video about the award below.

Roger Thompson - S.J. Quinney Alumni of the Year 2024



# EXHIBIT N

# EXHIBIT N

## BUSINESS ENTITY AND MARK SEARCH RESULT

| Name | Prior Name Match | Status | Compliance Hold | Filing Date | Type | NV Business ID | Entity Number | Ma Nu |
|------|------------------|--------|-----------------|-------------|------|----------------|---------------|-------|
| ADOBE RANCH PARTNERS, LLC | | Cancelled | | 01/09/2013 | Foreign Limited-Liability Company | NV20131017312 | E0012882013-7 | |
| CASTILE APARTMENTS, LLC | | Active | | 04/09/2018 | Foreign Limited-Liability Company | NV20181260875 | E0180492018-8 | |
| CINNAMON CASTILE, LLC | | Active | | 04/09/2018 | Foreign Limited-Liability Company | NV20181260712 | E0180352018-2 | |
| COMANCHE CASTILE, LLC | | Active | | 04/09/2018 | Foreign Limited-Liability Company | NV20181260909 | E0180532018-4 | |
| CRESCENT RIDGE ASSOCIATES, LLC | | Active | | 12/13/2012 | Foreign Limited-Liability Company | NV20121744665 | E0640022012-4 | |
| LA VIE, LLC | | Active | | 11/28/2016 | Foreign Limited-Liability Company | NV20161700610 | E0519752016-7 | |
| TELEGRAPH CASTILE, LLC | | Active | | 04/09/2018 | Foreign Limited-Liability Company | NV20181260932 | E0180552018-6 | |
| WELLINGTON CASTILE, LLC | | Active | | 04/09/2018 | Foreign Limited-Liability Company | NV20181260881 | E0180512018-2 | |

Page 1 of 1, records 1 to 8 of 8

Return To Search



# EXHIBIT O

# EXHIBIT O

## FILING HISTORY

### ENTITY INFORMATION

**Entity Name:**

TM EQUITIES INC.

**Entity Number:**

C28964-1998

**Entity Type:**

Foreign Corporation (80)

**Entity Status:**

Active

**Formation Date:**

12/14/1998

**NV Business ID:**

NV19981402990

**Termination Date:**

**Annual Report Due Date:**

12/31/2024

**Compliance Hold:**

**Domicile Name:**

**Jurisdiction:**

Utah

FILING HISTORY DETAILS

6/18/24, 1:06 AM
Case 2:24-cv-00908-APG-DJA Document 17-2 Filed 06/19/24 Page 50 of 86
Silver Flume Nevada's Business Portal to start/manage your business

| File Date | Effective Date | Filing Number | Document Type | Amendment Type | Source | # of Pages | View |
|---|---|---|---|---|---|---|---|
| 12/05/2023 | 12/05/2023 | 20233675674 | Annual List | | External | 2 | 📷 |
| 12/08/2022 | 12/08/2022 | 20222804168 | Annual List | | External | 2 | 📷 |
| 11/30/2021 | 11/30/2021 | 20211924193 | Annual List | | External | 2 | 📷 |
| 06/29/2021 | 06/29/2021 | 20211576785 | Registered Agent-Statement of Change | | Internal | 1 | 📷 |
| 12/02/2020 | 12/02/2020 | 20201078617 | Annual List | | External | 2 | 📷 |
| 11/27/2019 | 11/27/2019 | 20190314511 | Annual List | | External | 2 | 📷 |
| 12/07/2018 | 12/07/2018 | 20180528055-26 | Annual List | | External | 1 | 📷 |
| 08/13/2018 | 08/13/2018 | 20180358950-51 | Annual List | | Internal | 1 | 📷 |
| 08/13/2018 | 08/13/2018 | 20180358952-73 | Certificate of Acceptance by Registered ... | | Internal | 1 | 📷 |
| 08/13/2018 | 08/13/2018 | 20180358949-29 | Certificate of Revival | | Internal | 3 | 📷 |
| 11/15/2005 | 11/15/2005 | 20050559042-52 | Annual List | | Internal | 1 | 📷 |
| 08/29/2005 | 08/29/2005 | 20050377510-60 | Amendment | | Internal | 8 | 📷 |
| 01/11/2005 | 01/11/2005 | C28964-1998-002 | Annual List | | Internal | 1 | 📷 |
| 11/20/2003 | 11/20/2003 | C28964-1998-004 | Annual List | | Internal | 1 | 📷 |
| 11/15/2002 | 11/15/2002 | C28964-1998-006 | Annual List | | Internal | 1 | 📷 |
| 01/03/2002 | 01/03/2002 | C28964-1998-003 | Registered Agent Address Change | | Internal | 1 | 📷 |
| 12/06/2001 | 12/06/2001 | C28964-1998-005 | Annual List | | Internal | 1 | 📷 |
| 02/23/2001 | 02/23/2001 | C28964-1998-007 | Annual List | | Internal | 1 | 📷 |
| 01/10/2000 | 01/10/2000 | C28964-1998-009 | Annual List | | Internal | 1 | 📷 |

| File Date | Effective Date | Filing Number | Document Type | Amendment Type | Source | # of Pages | View |
|-----------|----------------|---------------|---------------|----------------|--------|-----------|------|
| 04/10/1999 | 04/10/1999 | C28964-1998-008 | Annual List | | Internal | 1 | 📷 |
| 12/14/1998 | 12/14/1998 | C28964-1998-001 | Foreign Qualification | | Internal | 2 | 📷 |

**Page 1 of 1, records 1 to 21 of 21**

Back      Return to Search      Return to Results

# EXHIBIT P

# EXHIBIT P

# NAME HISTORY

## ENTITY INFORMATION

**Entity Name:**

TM EQUITIES INC.

**Entity Number:**

C28964-1998

**Entity Type:**

Foreign Corporation (80)

**Entity Status:**

Active

**Formation Date:**

12/14/1998

**NV Business ID:**

NV19981402990

**Termination Date:**

**Annual Report Due Date:**

12/31/2024

**Compliance Hold:**

**Domicile Name:**

**Jurisdiction:**

Utah

NAME HISTORY DETAILS

| File Date | Effective Date | Filing Number | Consent Date | Name |
|-----------|---------------|---------------|--------------|------|
| 09/09/2005 | 09/09/2005 | | | THOMPSON MICHIE ASSOCIATES, INC. |

**Page 1 of 1, records 1 to 1 of 1**

Back       Return to Search       Return to Results



# EXHIBIT Q

# EXHIBIT Q

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

LA VIE, LLC

**Entity Number:**

E0519752016-7

**Entity Type:**

Foreign Limited-Liability Company

**Entity Status:**

Active

**Formation Date:**

11/28/2016

**NV Business ID:**

NV20161700610

**Termination Date:**

**Annual Report Due Date:**

11/30/2024

**Compliance Hold:**

**Series LLC:**

☐

**Domicile Name:**

**Jurisdiction:**

Delaware

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

CORPORATION SERVICE COMPANY*

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20101844335

**Office or Position:**

**Jurisdiction:**

DELAWARE

**Street Address:**

112 NORTH CURRY STREET, Carson City, NV, 89703, USA

**Mailing Address:**

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Authorized Signer | Roger Eric Thompson | 428 E. Winchester St., Suite 100, Salt Lake City, UT, 84107, USA | 11/02/2023 | Active |
| Manager | TM EQUITIES INC | 428 E WINCHESTER #100, SALT LAKE CITY, UT, 84107, USA | 08/31/2018 | Active |

**Page 1 of 1, records 1 to 2 of 2**

Filing History          Name History          Mergers/Conversions

6/18/24, 12:53 AM
Case 2:24-cv-00908-APG-DJA   Document 17-2   Filed 06/19/24   Page 58 of 86
SilverFlume Nevada's Business Portal to Start/Manage your business

Return to Search       Return to Results



# EXHIBIT R

# EXHIBIT R

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

THE AVIARY AT UNION VILLAGE, LLC

**Entity Number:**

E20146922022-6

**Entity Type:**

Foreign Limited-Liability Company

**Entity Status:**

Active

**Formation Date:**

01/10/2022

**NV Business ID:**

NV20222324278

**Termination Date:**

**Annual Report Due Date:**

1/31/2025

**Compliance Hold:**

**Series LLC:**

☐

**Domicile Name:**

The Aviary At Union Village, LLC

**Jurisdiction:**

Delaware - United States

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

CORPORATION SERVICE COMPANY*

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20101844335

**Office or Position:**

**Jurisdiction:**

DELAWARE

**Street Address:**

112 NORTH CURRY STREET, Carson City, NV, 89703, USA

**Mailing Address:**

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Authorized Signer | Roger Eric Thompson | 428 E. Winchester St., Suite 100, Salt Lake City, UT, 84107, USA | 08/01/2023 | Active |
| Other/ | James R. Michie | 428 E Winchester, Salt Lake City, UT, 84107, USA | 01/10/2022 | Active |

**Page 1 of 1, records 1 to 2 of 2**

Filing History      Name History      Mergers/Conversions

Return to Search        Return to Results



# EXHIBIT S

# EXHIBIT S

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

THOMPSON MICHIE ASSOCIATES, LLC

**Entity Number:**

E0629342005-8

**Entity Type:**

Foreign Limited-Liability Company

**Entity Status:**

Default

**Formation Date:**

09/19/2005

**NV Business ID:**

NV20051587828

**Termination Date:**

**Annual Report Due Date:**

9/30/2023

**Compliance Hold:**

**Series LLC:**

☐

**Domicile Name:**

**Jurisdiction:**

Utah

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

CORPORATION SERVICE COMPANY*

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20101844335

**Office or Position:**

**Jurisdiction:**

DELAWARE

**Street Address:**

112 NORTH CURRY STREET, Carson City, NV, 89703, USA

**Mailing Address:**

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Managing Member | TRENT S MICHIE | 428 E WINCHESTER #100, SALT LAKE CITY, UT, 84107, USA | 08/31/2018 | Active |
| Managing Member | ROGER E THOMPSON | 428 E WINCHESTER #100, SALT LAKE CITY, UT, 84107, USA | 08/31/2018 | Active |

**Page 1 of 1, records 1 to 2 of 2**

Filing History          Name History          Mergers/Conversions

Return to Search          Return to Results

# EXHIBIT T

# EXHIBIT T



# Housing And Civil Enforcement Cases Documents



SETTLEMENT AGREEMENT BETWEEN
THE UNITED STATES OF AMERICA; BOUNTIFUL PROPERTIES AND
INVESTMENTS LLC; SCOTTSDALE SERENE ASSOCIATES, LLC, and
MAVERICK DEVELOPMENT FUND II, LLC

## I. Introduction

This Settlement Agreement (Agreement) is between the United States and Bountiful Properties and Investments, LLC; Scottsdale Serene Associates, LLC; and Maverick Development Fund II, LLC to ensure the accessibility of ground floor housing units at Rancho del Rey Apartments, Rancho Serene Apartments, and Rancho Viejo Apartments (the Ranchos or subject properties) in Las Vegas, Nevada, and the accessibility of the common areas by retrofitting the existing rental units at the Ranchos and the common areas pursuant to relief provisions in the Consent Decree entered into with the United States; Falcon Development Company No. 9501, LLC; Rancho del Rey, LP; L.R. Nelson Consulting Engineers, Inc.; Hunsaker & Associates Nevada, Inc; Bountiful Properties and Investments, LLC; Scottsdale Serene Associates, LLC; and Maverick Development Fund II, LLC. A copy of that Consent Decree is attached at Exhibit 1 and incorporated by reference into this Agreement.

## II. Background

The United States and Falcon Development Company No. 9501, LLC; Rancho del Rey, LP; L.R. Nelson Consulting Engineers, Inc.; Hunsaker & Associates Nevada, Inc. (defendants) and

6/17/24, 11:48 PM                    U.S. v. Falcon Development Company, et al. Consent Decree and Civil Enforcement Addendum Document

Case 2:24-cv-00908-APG-DJA Document 17-2 Filed 06/19/24 Page 69 of 86

Bountiful Properties and Investments, LLC; Scottsdale Serene Associates, LLC and Maverick Development Fund II, LLC (the current owners) have entered into a Consent Decree to remedy the United States' claims of discrimination against persons with disabilities through defendants' Falcon Development Company No. 9501, LLC; Rancho del Rey, LP; L.R. Nelson Consulting Engineers, Inc.; and Hunsaker and Associates failure to design and construct the Ranchos with the features of accessible and adaptable design set forth in 42 U.S.C. § 3604(f)(3)(C). Bountiful Properties and Investments, LLC purchased Rancho del Rey, Scottsdale Serene Associates, LLC purchased Rancho Serene and Maverick Development Fund II, LLC purchased Rancho Viejo. None of these three current owners designed or constructed the Ranchos. They are parties to the Consent Decree solely because they are necessary for the relief provided therein.

The Consent Decree provides for the establishment of a fund (the Fund) to be used to finance accessibility modifications to existing rental units at the Ranchos, as well the common areas. The current owners have contracted with a third party to manage the Fund and perform the retrofits described at Appendices A and B to the Consent Decree.

## III.    Retrofit Actions

### A. Dwelling Units

Within thirty (30) days from the date of this Agreement, the Notice at Exhibit 3 shall be provided to all current tenants at the subject properties that the retrofit actions described in Appendix A to the Consent Decree will be performed to their units. Such retrofits shall be completed within one (1) year from the date of this Agreement.

### B. Public and Common Use Areas

The contractee, coordinating with the current owners, shall, within 30 days of the date of this Agreement, provide the Notice at Exhibit 4 to all current tenants and within 30 days of such notice shall commence modifying the public and common use areas of the Ranchos as specified in Appendix B to the Consent Decree. These modifications shall be completed within two years.

Within fourteen (14) months of the date of this Agreement, and then again one year later, the current owners will submit a report of all completed retrofits, both interior and exterior, to counsel for the United States. [1] A report containing such information from the contractee will be sufficient to fulfill this requirement.

## IV.    Sale or Transfer of the Properties

The sale or transfer of ownership, in whole or in part, of the subject properties shall not affect the current owners' continuing obligations to retrofit the property as specified in this Settlement Agreement and the Consent Decree. Should any current owner decide to sell or transfer ownership, in whole or in part, of any of the subject properties prior to the completion

of the retrofits specified in Appendices A and B, it will, at least thirty (30) days prior to completion of the sale or transfer, (a) provide to each prospective buyer written notice that the complexes are subject to this Settlement Agreement and the Consent Decree, including specifically the current owners' obligations to complete required retrofit work, along with a copy of this Settlement Agreement and the Consent Decree; and (b) provide to the United States, by facsimile and first class mail, written notice of its intent to sell or transfer ownership, along with a copy of the notice sent to each buyer, and each buyer's name, address and telephone number.

## V.    Future Actions

For the term of this Agreement, the current owners shall:

A. Post and prominently display at the rental offices of all covered multi-family housing operated by them, a sign no smaller than ten (10) by fourteen (14) inches indicating that all dwellings are available for sale or rental on a nondiscriminatory basis. A poster that comports with 24 C.F.R. Part 110 will satisfy this requirement, copies of which will be provided to the current owners by the United States;

B. Advise counsel for the United States in writing no later than fifteen (15) days after receipt of any written administrative or legal complaint against them, or against any of their employees or agents, regarding equal opportunity in housing; and

C. Preserve all records related to this Agreement and upon reasonable notice to them, representatives of the United States shall be permitted to inspect and copy any records of theirs or inspect any residential units under their control covered by the Act bearing on compliance with this Agreement at any and all reasonable times. The United States shall endeavor to minimize any inconvenience from such inspections.

## VI.    Duration of Agreement and Enforcement

A. The provisions of this Agreement shall remain in effect for three (3) years after the date it has been signed by representatives of parties as evidenced by their signatures below.

B. If the United States believes any provision of this Agreement has been violated, it shall promptly advise counsel for the current owners, in writing, of the nature of that violation, and, within thirty (30) days of receipt of said written notice from the United States, the parties shall confer in a good faith attempt to resolve the issue. In the event the parties are not able to resolve this issue to the reasonable satisfaction of the United States, the United States may seek to enforce the Agreement, or any provision thereof, in the case of United States v. Falcon Development Company No. 9501, LLC, et al., CV No. [      ] in the United States District Court for the District of Nevada. Failure of the United States to enforce this entire Agreement or any

provision of it with regard to any deadline or any other provision contained herein shall not be construed as a waiver by the United States of any right to do so.

Agreed to by the parties as indicated by the signatures of counsel below.



FOR THE UNITED STATES:


_____
Steven H. Rosenbaum
Chief
Donna M. Murphy
Deputy Chief
S.E. Pietrafesa
Trial Attorney
Housing & Civil Enforcement Section
Civil Rights Division
Department of Justice
P.O. Box 65998
Washington, D.C. 20035-5998
202-616-2217
202-514-1116 (fax)


_____
Date


FOR DEFENDANTS FALCON DEVELOPMENT COMPANY NO. 9501, RANCHO DEL REY, LP; AND RANCHO SERENE, LLC:


_____
HOWARD COLE
Lionel Sawyer & Collins
1700 Bank of America Plaza

300 South Fourth Street

Las Vegas, NV 89101

702-383-8842

702-383-8845 (fax)


_____

Date


FOR DEFENDANT L.R. NELSON CONSULTING ENGINEERS, INC:


_____

LARRY NELSON

6765 W. Russell Road, Ste 200

Las Vegas, NV 89118

702-798-7978


_____

Date


FOR DEFENDANT HUNSAKER & ASSOCIATES NEVADA, INC.:


_____

RICHARD HUNSAKER

3 Hughes

Irvine, CA 92618

949-583-1010

949-583-0759 (fax)


_____

Date

FOR BOUNTIFUL PROPERTIES AND INVESTMENTS, LLC:


_____
MALCOLM MCNAUGHTON
395 Mira Montes Rd.
Woodside, CA 94061
650-851-2679
650-851-2687 (fax)


_____
Date


FOR SCOTTSDALE SERENE ASSOCIATES, LLC


_____
ROGER H. THOMPSON, CEO of
Thompson Michie Associates Inc. Manager of
Scottsdale Apartments, L.C. Manager and Member of
SD-Rancho Serene Manager, L.C., its Manager
111 East Broadway
Suite 1200
Salt Lake City, UT 84111
801-532-6143
801-532-6159 (fax)
roger@tmaine.com


_____
Date

FOR MAVERICK DEVELOPMENT FUND II, LLC

_____
TODD MIKLES
Managing Member
2150 West Washington Street, Suite 402
San Diego, CA 92110
699-294-8989
699-295-8995

_____
Date

**EXHIBIT 1**

**CONSENT DECREE**

**EXHIBIT 2**

**CONTRACT**

**EXHIBIT 3**

**NOTICE OF RETROFITS TO INTERIOR GROUND-FLOOR UNITS**

**AT RANCHO [DEL REY, SERENE, VIEJO] APARTMENTS**



Rancho [del Rey, Serene, Viejo] Apartments is dedicated to the principle of equal housing opportunity. The federal Fair Housing Act requires that certain ground-floor apartments in newer apartment communities have certain features of physical accessibility for people with disabilities.

We have identified your unit as one that is covered by the Fair Housing Act' accessibility requirements.

Due to recent events, including a settlement with the United States Department of Justice, certain inaccessible aspects of the interiors of some of the ground-floor units at Rancho [del Rey, Serene, Viejo) Apartments have been brought to our attention. We welcome people with disabilities as residents and guests and would like to make them as comfortable as possible. Therefore, we have agreed to make certain modifications to all of the ground-floor units covered by the Fair Housing Act's accessibility requirements here at Rancho [del Rey, Serene, Viejo] so that they are more accessible to people with disabilities.

We are giving you notice that we are in the process of scheduling a retrofit of your unit. The alterations and retrofits that we expect to make to your unit are the following:

**[ITEMIZE]**

A representative will be contacting you soon to review these modifications and to discuss a time frame within which these modifications will be made.

If you have any questions, please contact us at _____.

**EXHIBIT 4**

**NOTICE OF RETROFITS TO COMMON USE AND PUBLIC AREAS**

Rancho [del Rey, Serene, Viejo] Apartments is dedicated to the principle of equal housing opportunity. The federal Fair Housing Act requires that the public and common areas at Green Valley Apartments have certain features of physical accessibility for people with disabilities.

As a result of recent events, inaccessible aspects of the common areas of the complex have been brought to our attention. We welcome people with disabilities as residents and guests at Rancho [del Rey, Serene, Viejo] and would like to make them as comfortable as possible. We are writing this notice to let you know that beginning on _____, contractors will be coming onto the property to begin the process of modifying certain aspects of the public and common areas. We expect the process to last approximately _____ weeks.

Generally, the contractors will modify or "retrofit" certain sidewalks, install curb cuts and ramps, and eliminate some of the steps along certain pathways to certain ground-floor and at the entrance to certain ground-floor. They will also be making some minor modifications to the clubhouse/leasing office, pool area, public restrooms, and picnic areas in order to make them more accessible to people with disabilities.

If you have any questions regarding these modifications, please contact us at _____.

---

1. For purposes of this Settlement Agreement, counsel for the United States is Chief, Housing and Civil Enforcement Section, Civil Rights Division, United States Department of Justice, P.O. Box 65998, Washington D.C. 20035-5998, or as otherwise directed by the United States. Reference should be made to DJ # 175-46-82. > >

Updated August 6, 2015

*Updated May 30, 2023*

---

✉ **Civil Rights Division**

**U.S. Department of Justice**

**950 Pennsylvania Avenue NW**

**Office of the Assistant Attorney General,**

**Main**

**Washington DC 20530**

 Civil Rights Division

202-514-3847

TTY

202-305-1435



# EXHIBIT U

# EXHIBIT U

## Datanyze

Company Overview     Team Members     Technologies     Email Formats     Faqs

Sign Up    |    Log in

✓ Get 10 Free Leads on us
Use our Chrome Extension &
instantly connect with prospects

Homepage > Real Estate > Thompson Michie Associates

### Contact Information

**Download**

Headquarters

428 E Winchester St Ste 100, Salt Lake City, Utah, 84107, United States

📞 (385) 474-6000

Company Name
# Thompson Michie Associates

Main Industry
Real Estate

Website
www.thompsonmichie.com ↗



|  🔈 Revenue | 🧑 Employees | 📅 Founded |
|---|---|---|
| $33.1 M | 141 | 1973 |

## Thompson Michie Associates Profile and History

Thompson Michie Associates LLC is a company that operates in the Real Estate industry. It employs 101-250 people and has $25M-$50M of revenue. The company is headquartered in Salt Lake City, Utah.

🔈 Funding History

Thompson Michie Associates raised a total of $1 M in funding over 1 rounds.

### Popular Searches

Thompson Michie Associates LLC     Thompson Michie Associates Inc     Thompson Michie Associates     Saddlehorn Vista Associates LLC

Thompson Michie

### Primary Industries

Real Estate

## Thompson Michie Associates Executive Team & Key Decision Makers

| Name & Title | Social | Contact Info | |
|---|---|---|---|
| **Roger Thompson**<br>Chief Financial Officer | | ✉ Email  📞 Phone | Reveal f... |
| **Becky Cutler-Gunn**<br>Chief Financial Officer | 🔗 | ✉ Email  📞 Phone | Reveal f... |







Datanyze Sign Up | Log in

| | | | |
|---|---|---|---|
| **Trent Michie** President | | Email Phone | Reveal fo |
| **Sandra Sandoval** Manager, Property | in | Email Phone | Reveal fo |
| **Justin Colton** Supervisor, Maintenance | in | Email Phone | Reveal fo |
| **Megan Peters** Community Manager | | Email Phone | Reveal fo |

Show Me More Executives

## Recently Updated Team Members

| Name & Title | Social | Contact Info | |
|---|---|---|---|
| **Lynel Ochoa** Regional Supervisor | | Email Phone | Reveal fo |
| **Megan Peters** Community Manager | | Email Phone | Reveal fo |
| **ILee Stefaniak** Manager, Leasing | | Email Phone | Reveal fo |
| **Andante Nine** Property Management | | Email Phone | Reveal fo |
| **Mindy Capson** Leasing Consultant | | Email Phone | Reveal fo |
| **Linda Smith** Assistant Manager | | Email Phone | Reveal fo |
| **Ronald Pangilinan** Assistant Manager | | Email Phone | Reveal fo |

Datanyze

Sign Up | Log in

Show Me More Team Members ⌄

## Top Thompson Michie Associates Integrations and Technologies

Here's a list of some of the top trending technologies and APIs used by Thompson Michie As...

**Frameworks and Libraries** (2 Technologies)

RequireJS
By RequireJS

jQuery
By jQuery

**Web Hosting** (1 Technologies)

Comcast
By Xfinity

**Event Management** (1 Technologies)

Sched
By Sched

Show Me More Technologies ⌄

## Thompson Michie Associates Email Formats

# EXHIBIT V

# EXHIBIT V





Business Profile

# Thompson Michie Associates, LLC

Property Management



## Contact Information

📍 428 E Winchester St Ste 100
   Salt Lake City, UT 84107-8520

🌐 Visit Website

📞 (801) 532-6143

## Customer Reviews

 1/5

Average of 1 Customer Reviews

| Read Reviews |    Start a Review

## BBB Rating & Accreditation



**F**

THIS BUSINESS IS NOT BBB
ACCREDITED

Search for Accredited
Businesses in this category

**Years in Business:** 51

**Customer Reviews are not used in the
calculation of BBB Rating**

## Customer Complaints

**3** complaints closed in last 3 years

**2** complaints closed in last 12 months

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

File a Complaint

Related Categories

Property Management



## Business Details

**Location of This Business**

428 E Winchester St Ste 100, Salt Lake City, UT 84107-8520

**BBB File Opened:** 10/19/2000

**Years in Business:** 51

**Business Started:** 1/1/1973

**Business Started Locally:** 1/1/1973

**Business Incorporated:** 12/23/2004

**Type of Entity:** Limited Liability Company (LLC)

**Business Management**
Mr. Trent Michie, Owner

**Contact Information**
Principal
Mr. Trent Michie, Owner
Customer Contact
Mr. Trent Michie, Owner

## Industry Tip

BBB Tip: Property management

> Read More

## Customer Complaints

3 Customer Complaints

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

Thompson Michie Associates, LLC | Better Business Bureau® Profile

**Status:** Unanswered



08/15/2023

Before moving in I read many concerning reviews about Thompson M*****, specifically their Sterling Village property in South Jordan, UT. The reviews stated that, upon renewal, many tenets received notices that they could not renew their lease, even though they'd done nothing wrong. I asked the leasing agent about this before I agreed to sign and I was assured that would not happen, so I signed. That was about 11 months ago. Yesterday I received a notice of non-renewal and I emailed the executive team at Thompson M***** and I have yet to hear back from them or anyone at the corporate office. The only possible reason for this non-renewal would be retaliation for one minor disagreement I had with a leasing agent - the same agent that signed and delivered the non-renewal notice. What happened was; after the office lost what would be the 3rd or 4th package of mine, I asked what was going on. I explained the mail carrier told me my packages were at the leasing office and that I was frustrated with the back and forth....

## Customer Reviews

1 Customer Reviews

**What do you think? Share your review.**

How BBB Processes Complaints and Reviews

Start a Review

**Most Recent Customer Review**

Jessica S



07/02/2021

We moved out of an apartment home (***** ******) after living there for 12 months (20 years combined in other units). We paid a $200 refundable pet deposit. Upon move out, they put our deposit towards other items including utilities. Additionally we paid $25/month for our cat ($300 total) which they claim is "just for the cat to live there." Just curious do you charge "kid rent" fo...

Read More

## Local BBB

BBB Mountain West

More Info on Local BBB

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

BBB reports on known marketplace practices.

**See What BBB Reports On**

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

© 2024, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US and Canada, and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.