Jason Kuller, NV Bar No. 12244
Rachel Mariner, NV Bar No. 16728
Shay Digenen, NV Bar No. 16397
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Suite130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
rachel@rafiilaw.com
shay@rafiilaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA CANTU and REBEKAH SVINNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMPSON MICHIE ASSOCIATES, LLC, a foreign limited liability company; TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC., a foreign corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-CV-00908-APG-DJA<br><br>**JOINT STIPULATION TO STAY ALL DISCOVERY AND CASE DEADLINES FOR 90 DAYS**<br><br>[First Request] |

IT IS HEREBY STIPULATED by and among Plaintiffs CHRISTINA CANTU and REBEKAH SVINNING, on behalf of themselves and all others similarly situated (collectively "Plaintiffs"), and Defendant THOMPSON MICHIE ASSOCIATES, LLC, a foreign limited liability company ("TMA"), and Defendant TM EQUITIES INC, a foreign corporation ("TME") (collectively Defendants"), by and through their undersigned counsel of record, that all discovery and case deadlines be stayed for ninety (90) days while Plaintiffs and Defendants (collectively "Parties") explore early resolution of this case through alternative dispute resolution processes. This stipulation is submitted and based upon the following:

    1.    Plaintiffs filed their Complaint in state court on April 8, 2024, alleging

class, collective, and individual causes of action ("Complaint").

2. Defendant TMA filed its Answer on May 7, 2024.

3. Defendant TMA, with Defendant TME's consent, removed the matter to this Court on May 14, 2024.

4. On June 4, 2024, Defendant TME filed its Motion to Dismiss Pursuant to FRCP 12(b)(2) and 12(b)(6).

5. On June 17, 2024, Plaintiffs filed their Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b), along with a [Proposed] Order and proposed form of Notice and Consent to Join.

6. On June 19, 2024, Plaintiffs filed their Opposition to Defendant TM Equities Inc.'s Motion to Dismiss Pursuant to FRCP 12(b)(2) and 12(b)(6), and Alternative Motion for Stay Pending Jurisdictional Discovery.

7. On June 20, 2024, the Parties conducted their conference on a proposed discovery plan and scheduling order pursuant to FRCP 26(f).

8. At the Rule 26(f) conference, the Parties discussed for the first time the prospect of tolling the applicable statutes of limitations on Plaintiffs' claims while the Parties pursued alternative dispute resolution. After discussing the names of potential mediators and other particulars, the Parties agreed to stay all case deadlines for 90 days (the "Stay Period") to explore resolution through formal mediation.

9. The Parties have also entered into a separate agreement to toll the statute of limitations on Plaintiffs' claims that have been asserted in the Complaint, including the putative class and collective claims, during the Stay Period.

10. The Parties desire to avoid the time and expense of imminent discovery deadlines, including filing their proposed discovery plan and scheduling order, commencing discovery, and making initial disclosures, as well as Defendants' deadline to file a response to Plaintiffs' conditional certification motion and Defendant TME's deadline to file a reply in support of its motion to dismiss.

11. Accordingly, the Parties have agreed to stay all case deadlines and

discovery for ninety (90) days, through September 23, 2024, to conserve the Parties' respective resources and for the sake of judicial economy. This stay includes continuing the deadlines for Defendants to file a response to Plaintiffs' conditional certification motion and for Defendant TME to file a reply in support of its motion to dismiss.

12. The Parties will file a joint status report on July 25, 2024, and again on August 26, 2024, informing the Court about the status of their alternative dispute resolution.

13. On September 23, 2024, at the conclusion of the Stay Period, the Parties will file a joint status report informing the Court whether a resolution was reached.

14. Further, if the case does not resolve during the Stay Period, by September 23, 2024, then: (a) the Parties' Proposed Discovery Plan and Scheduling Order pursuant to FRCP 26(f) will be due by <u>September 25, 2024</u>; (b) Defendants' response(s) to Plaintiffs' Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b) will be due by <u>October 1, 2024</u>; and (c) Defendant TME's Reply in Support of its Motion to Dismiss Pursuant to FRCP 12(b)(2) and 12(b)(6) will be due by <u>October 8, 2024</u>.

15. If, at any time during the Stay Period, it becomes clear that the Parties will not be able to achieve a global resolution of this dispute, the Parties will promptly inform the Court and propose a new slate of deadlines.

16. The Parties further agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, or other right they may have by virtue of entering this Stipulation, or by participating in alternative dispute resolution processes, other than as set forth in the Parties' separate tolling agreement.

17. This request is made in good faith and not for the purpose of delay.

18. This is the first request for a stay of discovery and all pending case

/ / /

/ / /



deadlines to explore resolution through alternative dispute resolution processes.

Dated this 25th day of June, 2024.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **RAFII & ASSOCIATES, P.C.** |
| */s/ Jeffrey Winchester* | */s/ Jason Kuller* |
| Jeffrey Winchester, Esq. | Jason Kuller, Esq. |
| Nevada Bar No. 10279 | Nevada Bar No. 12244 |
| 6385 S. Rainbow Boulevard, Suite 600 | 1120 N. Town Center, Suite 130 |
| Las Vegas, Nevada 89118 | Las Vegas, Nevada 89144 |
| *Attorneys for Defendant Thompson Michie Associates, LLC* | *Attorneys for Plaintiffs* |

**HOLLAND & HART LLP**

*/s/ Sydney Gambee*
Sydney R. Gambee, Esq.
Nevada Bar No. 14204
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Defendant TM Equities, Inc.*

## ORDER

**IT IS SO ORDERED.**

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

Dated: June 26, 2024