UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA CANTU, et al., | Case No.: 2:24-cv-00908-APG-DJA |
| Plaintiffs | **Order Denying Motions as Moot** |
| v. | [ECF Nos. 11, 14] |
| THOMPSON MICHIE ASSOCIATES, LLC, et al., | |
| Defendants | |

In light of the status report advising the court that the parties have settled the plaintiffs' individual and class claims (ECF No. 35),

I ORDER that defendant TM Equities Inc.'s motion to dismiss **(ECF No. 11)** and the plaintiffs' motion for circulation of notice **(ECF No. 14) re DENIED as moot**, without prejudice to refiling the motions if the settlement does not finalize.

DATED this 2nd day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE