# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA CANTU, et al., | Case No.: 2:24-cv-00908-APG-DJA |
| Plaintiffs | **Order** |
| v. | |
| THOMPSON MICHIE ASSOCIATES, LLC, et al., | |
| Defendants | |

On November 22, 2024, the parties advised the court that they had settled this matter and requested a 60-day stay. ECF No. 35. More than 60 days have passed, but the parties have not filed a stipulation of dismissal or another status report.

I THEREFORE ORDER that by May 16, 2025, the parties shall file either a stipulation of dismissal or a status report.

DATED this 1st day of May, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE