Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., CA Bar No.159137 (*Pro Hac Vice*)
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
robert@rafiilaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA CANTU and REBEKAH SVINNING, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THOMPSON MICHIE ASSOCIATES, LLC, a foreign limited liability company; TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC., a foreign corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 2:24-CV-00908-APG-DJA<br><br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>**(SECOND REQUEST)** |

Plaintiffs CHRISTINA CANTU and REBEKAH SVINNING, by and through their counsel of record, and Defendants THOMPSON MICHIE ASSOCIATES, LLC and TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC. ("Defendants") by and through their counsel of record, hereby stipulate and agree, pursuant to LR IA 6-1 and 6-2, as follows.  This is the second request for the extension of this deadline.

1.    Plaintiffs' counsel, Robert Montes and Jason Kuller, were actively engaged in preparing Plaintiffs' Motion for Preliminary Approval ("Motion"), but require a brief extension due to recent scheduling conflicts, including limited availability of lead counsel and recent illness affecting co-counsel.

1

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE
MOTION FOR PRELIMINARY APPROVAL**

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

2.      To date, there are still scheduling conflicts, and co-counsel has missed several days of work due to a recurring and disabling health disorder that remains undiagnosed. Plaintiffs' counsel has consulted with two medical specialists and is scheduled for two diagnostic procedures this week requiring anesthesia. Due to these circumstances, additional time is needed to fully and adequately finalize the Motion.

3.      On July 30, 2025, parties filed stipulation to extend the deadline to submit a Motion for one week to August 6, 2025. ECF No. 39.

4.      By this stipulation, the parties agree to a further one-week extension for Plaintiffs to file their Motion from **August 6, 2025**, to **August 13, 2025**.

/ / /

/ / /

/ / /



2

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**

5.      This request is made in good faith and not for the purpose of delay.

6.      The Parties agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, or other right they may have by virtue of entering into this Joint Stipulation.

Dated this 5th day of August, 2025.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Maria Thompson*  (with permission)
Maria Thompson, Esq.
Nevada Bar No. 16762
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Thompson Michie Associates, LLC*

**RAFII & ASSOCIATES, P.C.**

*/s/ Robert Montes*
Robert Montes, Jr., Esq. (*Pro Hac Vice*)
CA Bar No.159137
1120 N. Town Center, Suite 130
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

**HOLLAND & HART LLP**

*/s/ Sydney Gambee* (with permission)
Sydney R. Gambee, Esq.
Nevada Bar No. 14204
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Defendant TM Equities, Inc.*

### ORDER

**IT IS SO ORDERED.**

**I FURTHER ORDER** that the stipulation for extension of time at **ECF No. 39 is DENIED as moot**.

_____
**UNITED STATES DISTRICT JUDGE**
Dated:  August 6, 2025_____

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**