Matthew Pruitt
Nevada Bar #12474
D. Andrew Lajoie
Nevada Bar #14901
KIRTON McCONKIE
301 North 200 East, Suite 3A
St. George, Utah 84770
Telephone: (435) 574-5672
Fax: (385) 501-4989
mpruitt@kmclaw.com
alajoie@kmclaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA CANTU and REBEKAH SVINNING, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>THOMPSON MICHIE ASSOCIATES, LLC, a foreign limited liability company; TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC., a foreign corporation; DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO.: 2:24-cv-00908<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

PLEASE TAKE NOTICE that Matthew Pruitt and D. Andrew Lajoie of Kirton McConkie hereby withdraw as counsel of record for Defendants, Thomas Michie Associates, LLC in the above-captioned case and request to be removed from the Court's ECF service list.

4868-2887-3750.v1

Attorney Sydney R. Gambee of Holland & Hart will continue to represent Defendant, TM Equities, Inc. in this matter; and Attorney Maria Thompson of Lewis, Brisbois Bisgaard & Smith will continue to represent Defendant, Thompson Michie Associates, LLC in this matter.

DATED this 5th day of August, 2025.

        KIRTON McCONKIE

        */s/ Matthew Pruitt*
        Matthew Pruitt
        Nevada Bar #12474
        D. Andrew Lajoie
        Nevada Bar #14901
        301 North 200 East, Suite 3A
        St. George, Utah 84770
        Telephone: (435) 574-5672
        mpruitt@kmclaw.com
        alajoie@kmclaw.com
        *Attorneys for Defendants*

**IT IS SO ORDERED**.
**IT IS FURTHER ORDERED** the Clerk of Court is kindly directed to add attorney Maria Thompson of the law firm of Lewis Brisbois Bisgaard & Smith LLP to the docket for Defendant Thompson Michie Associates, LLC.

DATED: 8/6/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4868-2887-3750.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2025, I caused to be filed a true and correct copy of **NOTICE OF WITHDRAWAL OF COUNSEL** through the Court's Electronic Court Filing System (or CM/ECF System), which automatically sent an email notification of such filing to the parties of record.

*/s/ Carrie Tripp*
An Employee of KIRTON McCONKIE

4868-2887-3750.v1