Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., CA Bar No.159137 (*Pro Hac Vice*)
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
robert@rafiilaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA CANTU and REBEKAH SVINNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THOMPSON MICHIE ASSOCIATES, LLC, a foreign limited liability company; TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC., a foreign corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-CV-00908-APG-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>**(FOURTH REQUEST)** |

Plaintiffs CHRISTINA CANTU and REBEKAH SVINNING, by and through their counsel of record, and Defendants THOMPSON MICHIE ASSOCIATES, LLC and TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC. ("Defendants") by and through their counsel of record, hereby stipulate and agree, pursuant to LR IA 6-1 and 6-2, as follows.  This is the fourth request for the extension of this deadline.

1. The current deadline for Plaintiffs to file their Motion for Preliminary Approval ("Motion") is **August 27, 2025.**

2. The parties are continuing to allocate the appropriate settlement distributions, costs and fees, and require additional time.

1
**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**

3. Defense counsel requires additional time to obtain final client approval, and Plaintiffs' counsel requires additional time to incorporate the agreed-upon numbers into the Motion.

4. The parties therefore agree to a brief extension of the deadline to file the Motion.

5. Accordingly, the parties stipulate and agree that the deadline for Plaintiffs to file their Motion for Preliminary Approval shall be extended by two weeks, from **August 27, 2025, to September 10, 2025**

6. This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

7.  The Parties agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, or other right they may have by virtue of entering into this Joint Stipulation.

Dated this 27th day of August, 2025.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **RAFII & ASSOCIATES, P.C.** |
| */s/ Maria Thompson* (with permission)<br>Maria Thompson, Esq.<br>Nevada Bar No. 16762<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant Thompson Michie Associates, LLC* | */s/ Robert Montes*<br>Robert Montes, Jr., Esq. (*Pro Hac Vice*)<br>CA Bar No.159137<br>1120 N. Town Center, Suite 130<br>Las Vegas, Nevada 89144<br>*Attorneys for Plaintiff* |
| | **HOLLAND & HART LLP** |
| | */s/ Sydney Gambee* (with permission)<br>Sydney R. Gambee, Esq.<br>Nevada Bar No. 14204<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendant TM Equities, Inc.* |

### ORDER

IT IS SO ORDERED:

Dated: September 2, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**