LEWIS BRISBOIS BISGAARD & SMITH LLP
JEFFREY H. MCCLELLAND
*Pro Hac Vice*
1700 Lincoln Street, Suite 3500
Denver, CO 80203
Jeffrey.McClelland@lewisbrisbois.com
Telephone: (303) 861-7760
Facsimile: (303) 861-7767

MARIA THOMPSON
Nevada Bar No. 16762
Maria.Thompson@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Thompson Michie Associates, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CHRISTINA CANTU and REBEKAH SVINNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THOMPSON MICHIE ASSOCIATES, LLC, a foreign limited liability company; TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC., a foreign corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-CV-00908-APG-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>**(FIFTH REQUEST)** |

    Plaintiffs CHRISTINA CANTU and REBEKAH SVINNING, by and through their counsel of record, and Defendants THOMPSON MICHIE ASSOCIATES, LLC and TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC. ("Defendants") by and through their counsel of record, hereby stipulate and agree, pursuant to LR IA 6-1 and 6-2, as follows.  This is the fifth request for the extension of this deadline.

162921071.1

1. The current deadline for Plaintiffs to file their Motion for Preliminary Approval ("Motion") is **September 10, 2025.**

2. The parties are continuing to allocate the appropriate settlement distributions, costs and fees, and require additional time.

3. Defense counsel requires additional time to obtain final client approval, and Plaintiffs' counsel requires additional time to incorporate the agreed-upon numbers into the Motion.

4. The parties therefore agree to a brief extension of the deadline to file the Motion.

5. Accordingly, the parties stipulate and agree that the deadline for Plaintiffs to file their Motion for Preliminary Approval shall be extended by two weeks, from **September 10, 2025, to September 24, 2025.**

6. This request is made in good faith and not for the purpose of delay.

7. The Parties agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, or other right they may have by virtue of entering into this Joint Stipulation

162921071.1

2

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**

Dated this 10th day of September, 2025.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **RAFII & ASSOCIATES, P.C.** |
| /s/ Jeffrey H. McClelland<br>Jeffrey H. McClelland (*Pro Hac Vice*)<br>1700 Lincoln Street, Suite 3500<br>Denver, CO 80203<br>Jeffrey.McClelland@lewisbrisbois.com<br>Telephone: (303) 861-7760<br>Facsimile: (303) 861-7767<br><br>Maria K. Thompson<br>Nevada Bar No. 16762<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant Thompson Michie Associates, LLC* | /s/ Robert Montes (with permission)<br>Robert Montes, Jr., Esq. (*Pro Hac Vice*)<br>CA Bar No.159137<br>1120 N. Town Center, Suite 130<br>Las Vegas, Nevada 89144<br>*Attorneys for Plaintiff*<br><br>**HOLLAND & HART LLP**<br><br>/s/ Sydney Gambee (with permission)<br>Sydney R. Gambee, Esq.<br>Nevada Bar No. 14204<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendant TM Equities, Inc.* |

## ORDER

IT IS SO ORDERED.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Dated: September 11, 2025