1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JEFFREY H. MCCLELLAND
2  *Pro Hac Vice*
   1700 Lincoln Street, Suite 3500
3  Denver, CO 80203
   Jeffrey.McClelland@lewisbrisbois.com
4  Telephone: (303) 861-7760
   Facsimile: (303) 861-7767
5
   MARIA THOMPSON
6  Nevada Bar No. 16762
   Maria.Thompson@lewisbrisbois.com
7  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
8  Telephone: 702.893.3383
   Facsimile: 702.893.3789
9
   Attorneys for Thompson Michie Associates, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CHRISTINA CANTU and REBEKAH SVINNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THOMPSON MICHIE ASSOCIATES, LLC, a foreign limited liability company; TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC., a foreign corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-CV-00908-APG-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>**(SIXTH REQUEST)** |

Plaintiffs CHRISTINA CANTU and REBEKAH SVINNING, by and through their counsel of record, and Defendants THOMPSON MICHIE ASSOCIATES, LLC and TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC. ("Defendants") by and through their counsel of record, hereby stipulate and agree, pursuant to LR IA 6-1 and 6-2, as follows. This is the sixth request for the extension of this deadline.

1. The current deadline for Plaintiffs to file their Motion for Preliminary Approval

163690928.1

("Motion") is **September 24, 2025.**

2. The parties believe they are nearly finished jointly drafting the proposed settlement agreement for which Plaintiffs will move for the Court's preliminary approval. The parties apologize to the Court for the longer-than-expected time for them to complete this drafting process, however, the parties need a brief amount of additional time to finalize the proposed settlement agreement, including confirmation of client approval of the final settlement agreement language that has been extensively negotiated among all counsel.

3. The parties therefore agree to a brief extension of the deadline to file the Motion.

4. Accordingly, the parties stipulate and agree that the deadline for Plaintiffs to file their Motion for Preliminary Approval shall be extended by two weeks, from **September 24, 2025**, to **October 8, 2025.**

5. This request is made in good faith and not for the purpose of delay.

6. The parties agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, or other right they may have by virtue of entering into this Joint Stipulation.

Dated this 23rd day of September, 2025.

| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **RAFII & ASSOCIATES, P.C.** |
|---|---|
| */s/ Jeffrey H. McClelland*<br>Jeffrey H. McClelland (*Pro Hac Vice*)<br>1700 Lincoln Street, Suite 3500<br>Denver, CO 80203<br>Jeffrey.McClelland@lewisbrisbois.com<br>Telephone: (303) 861-7760<br>Facsimile: (303) 861-7767<br><br>Maria K. Thompson<br>Nevada Bar No. 16762<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant Thompson Michie Associates, LLC* | */s/ Robert Montes* (with permission)<br>Robert Montes, Jr., Esq. (*Pro Hac Vice*)<br>CA Bar No.159137<br>1120 N. Town Center, Suite 130<br>Las Vegas, Nevada 89144<br>*Attorneys for Plaintiff*<br><br>**HOLLAND & HART LLP**<br><br>*/s/ Sydney Gambee* (with permission)<br>Sydney R. Gambee, Esq.<br>Nevada Bar No. 14204<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendant TM Equities, Inc.* |

IT IS SO ORDERED:

Dated: September 24, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

163690928.1

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR PRELIMINARY APPROVAL**