Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., CA Bar No.159137 (*Pro Hac Vice*)
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
robert@rafiilaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA CANTU and REBEKAH SVINNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THOMPSON MICHIE ASSOCIATES, LLC, a foreign limited liability company; TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC., a foreign corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-CV-00908-APG-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>**(EIGHTH REQUEST)** |

      Plaintiffs CHRISTINA CANTU and REBEKAH SVINNING, by and through their counsel of record, and Defendants THOMPSON MICHIE ASSOCIATES, LLC and TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC. ("Defendants") by and through their counsel of record, hereby stipulate and agree, pursuant to LR IA 6-1 and 6-2, as follows.  This is the eighth request for the extension of this deadline.

      1.      The current deadline for Plaintiffs to file their Motion for Preliminary Approval ("Motion") is **October 22, 2025.**

      2.      Earlier this week, the parties finalized the terms of their settlement agreement following extensive negotiations.

1

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**



RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

3. Plaintiff has prepared a draft Notice of Settlement of the Class and Collective Settlement ("Notice"), and FLSA Collective Consent Form ("Consent Form"). The Parties are presently meeting and conferring over both the Class and Collective Members Notice, as well as, that FLSA Collective Consent Form that will be provided to all class member by the Settlement Administrator. The Parties require additional time to incorporate the finalized terms to ensure consistency between the Settlement Agreement and the Notice Consent Form.

4. The parties therefore agree to a brief extension of the deadline to file the Motion.

5. Accordingly, the parties stipulate and agree that the deadline for Plaintiffs to file their Motion for Preliminary Approval shall be extended by two weeks, from **October 22, 2025, to November 7, 2025**

6. This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

2

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**

7. The Parties agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, or other right they may have by virtue of entering into this Joint Stipulation.

Dated this 24th day of October, 2025.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **RAFII & ASSOCIATES, P.C.** |
| */s/ Maria Thompson* (with permission) <br> Maria Thompson, Esq. <br> Nevada Bar No. 16762 <br> 6385 S. Rainbow Boulevard, Suite 600 <br> Las Vegas, Nevada 89118 <br> *Attorneys for Defendant Thompson Michie Associates, LLC* | */s/ Robert Montes* <br> Robert Montes, Jr., Esq. (*Pro Hac Vice*) <br> CA Bar No.159137 <br> 1120 N. Town Center, Suite 130 <br> Las Vegas, Nevada 89144 <br> *Attorneys for Plaintiff* |
| | **HOLLAND & HART LLP** <br><br> */s/ Sydney Gambee* (with permission) <br> Sydney R. Gambee, Esq. <br> Nevada Bar No. 14204 <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, Nevada 89134 <br> *Attorneys for Defendant TM Equities, Inc.* |

## ORDER

IT IS SO ORDERED.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: October 27, 2025

3
**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**