Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., CA Bar No.159137 (*Pro Hac Vice*)
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
robert@rafiilaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA CANTU and REBEKAH SVINNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THOMPSON MICHIE ASSOCIATES, LLC, a foreign limited liability company; TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC., a foreign corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-CV-00908-APG-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>**(NINTH REQUEST)** |

Plaintiffs CHRISTINA CANTU and REBEKAH SVINNING, by and through their counsel of record, and Defendants THOMPSON MICHIE ASSOCIATES, LLC and TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC. ("Defendants") by and through their counsel of record, hereby stipulate and agree, pursuant to LR IA 6-1 and 6-2, as follows.  This is the ninth request for the extension of this deadline.

    1.    The current deadline for Plaintiffs to file their Motion for Preliminary Approval ("Motion") is **November 7, 2025.**

    2.    Undersigned Plaintiffs' counsel has been out of the office due to illness and will not be able to complete the final Notice of Settlement of the Class and Collective Settlement

167024063.1                                                                 1

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**



("Notice") and FLSA Collective Consent Form ("Consent Form") until November 14, 2025. The Parties have already prepared draft versions of these documents and are presently meeting and conferring to finalize the language to ensure consistency with the Settlement Agreement. This brief extension is necessary to allow adequate time to complete and file the finalized Notice and Consent Form.

3. The parties therefore agree to a brief extension of the deadline to file the Motion from **November 7, 2025 to November 21, 2025.**

4. This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

167024063.1

2

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**

5. The Parties agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, or other right they may have by virtue of entering into this Joint Stipulation.

Dated this 13th day of November, 2025.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **RAFII & ASSOCIATES, P.C.** |
| */s/ Jeffrey H. McClelland* (with permission) <br> Jeffrey H. McClelland (*Pro Hac Vice*) <br> 1700 Lincoln Street, Suite 3500 <br> Denver, Colorado 80203 <br> *Attorneys for Defendant Thompson Michie Associates, LLC* | */s/ Robert Montes* <br> Robert Montes, Jr., Esq. (*Pro Hac Vice*) <br> CA Bar No.159137 <br> 1120 N. Town Center, Suite 130 <br> Las Vegas, Nevada 89144 <br> *Attorneys for Plaintiff* |
| | **HOLLAND & HART LLP** |
| | */s/ Sydney Gambee* (with permission) <br> Sydney R. Gambee, Esq. <br> Nevada Bar No. 14204 <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, Nevada 89134 <br> *Attorneys for Defendant TM Equities, Inc.* |

## ORDER

IT IS SO ORDERED.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATE: November 17, 2025

167024063.1

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**