Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., CA Bar No.159137 (*Pro Hac Vice*)
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
robert@rafiilaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA CANTU and REBEKAH SVINNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THOMPSON MICHIE ASSOCIATES, LLC, a foreign limited liability company; TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC., a foreign corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-CV-00908-APG-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>**(ELEVENTH REQUEST)** |

Plaintiffs CHRISTINA CANTU and REBEKAH SVINNING, by and through their counsel of record, and Defendants THOMPSON MICHIE ASSOCIATES, LLC and TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC. ("Defendants") by and through their counsel of record, hereby stipulate and agree, pursuant to LR IA 6-1 and 6-2, as follows. This is the eleventh request for the extension of this deadline.

1. The current deadline for Plaintiffs to file their Motion for Preliminary Approval ("Motion") is **December 12, 2025.**

2. Undersigned Plaintiffs' counsel has circulated drafts of the Notice of Class Action Settlement to FLSA Collective Members and the Notice of Class Action Settlement to Nevada

168534239.1                                                   1
**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**

Class Action Members (collectively "Notices") to Defendants and its counsel. Defendants and their counsel are in the process of reviewing and working on proposed revisions to the Notices.

3. The Parties believe they are nearly finished jointly drafting the proposed settlement agreement for which Plaintiffs will move for the Court's preliminary approval. The parties again apologize to the Court for the longer-than-expected time for them to complete this drafting process. However, the additional time is necessary to finalize the proposed Notices, including confirmation of client approval of such notices that are being extensively negotiated among all counsel. The parties remain actively meeting and conferring to reach a final product that accurately reflects parties' extensive negotiations. This brief extension is necessary to allow adequate time to complete and file the finalized Notices.

4. The parties therefore agree to a brief extension of the deadline to file the Motion.

5. Accordingly, the parties stipulate and agree that the deadline for Plaintiffs to file their Motion for Preliminary Approval shall be extended from **December 12, 2025 to December 29, 2025.**

6. This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**

7.  The Parties agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, or other right they may have by virtue of entering into this Joint Stipulation.

Dated this 12th day of December, 2025.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **RAFII & ASSOCIATES, P.C.** |
| */s/ Maria Thompson* (with permission)<br>Maria Thompson, Esq.<br>Nevada Bar No. 16762<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant Thompson Michie Associates, LLC* | */s/ Robert Montes*<br>Robert Montes, Jr., Esq. (*Pro Hac Vice*)<br>CA Bar No.159137<br>1120 N. Town Center, Suite 130<br>Las Vegas, Nevada 89144<br>*Attorneys for Plaintiff* |
| | **HOLLAND & HART LLP** |
| | */s/ Sydney Gambee* (with permission)<br>Sydney R. Gambee, Esq.<br>Nevada Bar No. 14204<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendant TM Equities, Inc.* |

## ORDER

IT IS SO ORDERED.

_____
**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT JUDGE**

Dated: December 15, 2025

168534239.1

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**