**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA CANTU, et al., | Case No.: 2:24-cv-00908-APG-DJA |
| Plaintiffs | **Order** |
| v. | |
| THOMPSON MICHIE ASSOCIATES, LLC, et al., | |
| Defendants | |

In December 2025, the parties stipulated that the plaintiffs' motion for preliminary approval of the parties' settlement would be filed by December 29, 2025. ECF No. 61. No such motion has been filed.

I THEREFORE ORDER that by April 14, 2026, the plaintiffs shall file the motion for preliminary approval or a status report regarding the parties' settlement. The failure to do so may result in dismissal of this case with no further warning.

DATED this 1st day of April, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE