Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., CA Bar No.159137 (*Pro Hac Vice*)
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
robert@rafiilaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHRISTINA CANTU and REBEKAH SVINNING, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THOMPSON MICHIE ASSOCIATES, LLC, a foreign limited liability company; TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC., a foreign corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No.: 2:24-CV-00908-APG-DJA

**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL (ECF NO. 64)**

**(FIRST REQUEST)**

Plaintiffs CHRISTINA CANTU and REBEKAH SVINNING, by and through their counsel of record, and Defendants THOMPSON MICHIE ASSOCIATES, LLC and TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC. ("Defendants") by and through their counsel of record, hereby submit this Stipulation to Continue Hearing on Plaintiffs' Motion for Preliminary Approval ("the Hearing"). 6-1 and 6-2, as follows.  The Court has scheduled the Hearing for **April 28, 2026 at 02:30 p.m.** (ECF No. 64).

The Parties respectfully request that the Hearing on April 28, 2026, be continued to **April 30, 2026 at 2:30 p.m.**

1

**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**

1. Good cause exists for this continuance. Plaintiffs' counsel has a pre-existing hearing in the matter of *Yesenia Gomez Alcantar v. Century Associates, Inc., et al,* Case No. 24STCV28176, in the Superior Court of the State of California, County of Los Angeles, Los Angeles, and a mediation in the matter of *Jasmin Henao Villegas v. Jameson's SM, LLC*, Case No. 25STCV12181, in the Superior Court of the State of California, County of Los Angeles, Los Angeles.

2. Additionally, Defendant's counsel for Thompson Michie Associates, LLC, has pre-existing scheduling commitments that conflict with the currently scheduled date.

3. This is the first request for a continuance of this Hearing.

4. This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

2

**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**

5. The Parties agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, or other right they may have by virtue of entering into this Joint Stipulation.

Dated this 24th day of April, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/Jeffrey McClelland (with permission)
Jeffrey H. McClelland (*Pro Hac Vice*)
Colorado Bar No. 45114
1700 Lincoln Street, Suite 3500
Denver, Colorado 80203
Maria Thompson, Esq.
Nevada Bar No. 16762
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

**RAFII & ASSOCIATES, P.C.**

/s/Robert Montes
Robert Montes, Jr., Esq. (*Pro Hac Vice*)
CA Bar No.159137
1120 N. Town Center, Suite 130
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

**HOLLAND & HART LLP**

/s/ Sydney Gambee                (with permission)
Sydney R. Gambee, Esq.
Nevada Bar No. 14204
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Defendant TM Equities, Inc.*

**ORDER**

IT IS SO ORDERED:

Dated: April 27, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3

**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**