**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA CANTU, et al., | Case No.: 2:24-cv-00908-APG-DJA |
| Plaintiffs | **ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| THOMPSON MICHIE ASSOCIATES, LLC, et al., | [ECF No. 63] |
| Defendants | |

On April 30, 2026, I conducted a hearing on the plaintiffs' motion for preliminary approval of their settlement.  Based on that hearing and the papers submitted in support of the motion, I HEREBY ORDER as follows:

1.   I grant preliminary approval of the settlement and the settlement classes and collective (collectively, the Class) based upon the terms set forth in the Collective and Class Action Settlement and Release between plaintiffs Christina Cantu and Rebekah Svinning and defendants Thompson Michie Associates, LLC and TM Equities Inc. (Settlement).  The Settlement preliminarily appears to be fair, adequate, and reasonable to the Class.  The Motion for Preliminary Approval **(ECF No. 63) is granted**.

2.   The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject to any objections that may be raised at the final fairness hearing and final approval.

3.   A final fairness hearing on whether the proposed Settlement should be finally approved as fair, reasonable, and adequate is scheduled in accordance with the Implementation Schedule set forth below.

4.  I approve as to form and content the Notice of Pendency of Collective and Class Action Settlement and Final Hearing Date (Class Notice of Settlement) in substantially the form attached to the Settlement as Exhibit A.  I also approve the procedure for members of the class action to (i) participate (i.e., do nothing), (ii) opt out, or (iii) object, to the Settlement as set forth in the Class Notice of Settlement.

5.  The Class Notice of Settlement will be mailed by first class mail to the Class Members in accordance with the Implementation Schedule set forth below.  The dates selected for the mailing and distribution of the Class Notice of Settlement, as set forth in the Implementation Schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6.  I conditionally certify the opt-in collective group under the Fair Labor Standards Act (FLSA).  I also preliminarily certify the Settlement Class as defined in the Settlement under Federal Rule of Civil Procedure 23 for settlement purposes only.

7.  I appoint CHRISTINA CANTU and REBEKAH SVINNING as Class Representatives.

8.  I appoint Jason Kuller, Esq., Robert Montes, Esq., and Rachel Mariner, Esq. of Rafii & Associates, P.C. of Las Vegas, Nevada as Class Counsel.

9.  I appoint CPT Group, Inc. as the Settlement Administrator.

10. I order the following Implementation Schedule:

| a. | Deadline for Defendants to Submit Class Member Information to Claims Administrator | May 25, 2026 |
|---|---|---|
| b. | Deadline for Claims Administrator to Mail the Notice to Class Members | June 8, 2026 |
| c. | Deadline for FLSA Collective Members to Submit FLSA Collective Consent Forms | August 7, 2026 |
| d. | Deadline to Dispute Earnings by FLSA Collective and Class Members | August 7, 2026 |
| e. | Submission of Requests for Exclusions by Class or Collective Members | August 7, 2026 |
| f. | Objections to Settlement | August 7, 2026 |
| g. | Report by Settlement Administrator for Report on Number of Exclusions | August 21, 2026 |
| h. | Deadline for Class Counsel to File Motion for Final Approval of Fees, Costs, and Service Awards | September 11, 2026 |
| i. | Final Fairness Hearing and Final Approval | October 7, 2026 at 9:30 a.m. |
| j. | Deadline for Class Counsel to File Declaration from Claims Administrator of Due Diligence and Proof of Mailing | September 28, 2026 |
| k. | Deadline for Defendant to Fund the Gross Settlement Amount Settlement Fund To Settlement Account maintained by Claims Administrator | November 13, 2026 |
| l. | Deadline for Claims Administrator to wire transfer the Attorneys' Fees and Costs to Class Counsel (if Settlement is Effective) | November 27, 2026 |

| m. | Deadline for Claims Administrator to mail the Settlement Awards to Class Members and the Enhancement Awards to Class Representatives (if Settlement is Effective) | November 27, 2026 |
|---|---|---|
| n. | Final Report of Claims Administrator to File Proof of Payment of Settlement Awards, Enhancement Award, Attorneys' Fees and Costs (if Settlement is Effective) | May 27, 2027 |
| o. | Uncashed Checks to be Voided and Monies Remitted To TMA | May 27, 2027 |

DATED this 6th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

4