Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., CA Bar No.159137 (*Pro Hac Vice*)
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
robert@rafiilaw.com
ciara@rafiilaw.com
*Attorneys for Plaintiffs*

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHRISTINA CANTU and REBEKAH SVINNING, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THOMPSON MICHIE ASSOCIATES, LLC, a foreign limited liability company; TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC., a foreign corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No.: 2:24-CV-00908-APG-DJA

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL**

**(FIRST REQUEST)**

Plaintiffs CHRISTINA CANTU and REBEKAH SVINNING, by and through their counsel of record, and Defendants THOMPSON MICHIE ASSOCIATES, LLC and TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC. ("Defendants") by and through their counsel of record, hereby stipulate and agree, pursuant to LR IA 6-1 and 6-2, as follows. This is the first request for the extension of this deadline.

1. The current deadline for Plaintiffs to file their Motion for Final Approval ("Motion") is **September 11, 2026.**

2. Plaintiffs' undersigned counsel had competing deadlines and has been ill and out

on sick leave. Although Plaintiffs' counsel has been actively working on the Motion, he requires a few more days to fully complete the Motion.

3. The parties therefore agree to a brief extension of the deadline to file the Motion.

4. Accordingly, the parties stipulate and agree that the deadline for Plaintiffs to file their Motion for Final Approval shall be extended from **September 11, 2026 to September 16, 2026.**

5. This extension does not impact the Final Fairness Hearing and Final Approval scheduled on October 7, 2026 at 9:30 AM.

6. This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. The Parties agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, or other right they may have by virtue of entering into this Joint Stipulation.

Dated this 11th day of September, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Maria Thompson* (with permission)
Maria Thompson, Esq.
Nevada Bar No. 16762
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Thompson Michie Associates, LLC*

**RAFII & ASSOCIATES, P.C.**

/s/ *Robert Montes*
Robert Montes, Jr., Esq. (*Pro Hac Vice*)
CA Bar No.159137
1120 N. Town Center, Suite 130
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

**HOLLAND & HART LLP**

/s/ *Sydney Gambee* (with permission)
Sydney R. Gambee, Esq.
Nevada Bar No. 14204
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Defendant TM Equities, Inc.*

**ORDER**

**IT IS SO ORDERED.**

**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT JUDGE**

Dated: September 16, 2026

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS