**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY H. MCCLELLAND
*Pro Hac Vice*
1700 Lincoln Street, Suite 3500
Denver, CO 80203
Jeffrey.McClelland@lewisbrisbois.com
Telephone: (303) 861-7760
Facsimile: (303) 861-7767

MARIA THOMPSON
Nevada Bar No. 16762
Maria.Thompson@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Thompson Michie Associates, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

CHRISTINA CANTU and REBEKAH SVINNIGN, on behalf of themselves and all others similarly situated,

Plaintiff,

vs.

THOMPSON MICHIE ASSOCIATES, LLC, a foreign limited liability company; TM EQUITIES INC., f/k/a THOMPSON MICHIE ASSOCIATES, INC., a foreign corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No.: 2:24-CV-00908-APG-DJA

**ORDER GRANTING**

**UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT FINAL FAIRNESS HEARING AND FINAL APPROVAL**

Defendant Thompson Michie Associates, LLC ("TMA"), through its undersigned counsel Lewis Brisbois Bisgaard & Smith LLP (the "Firm"), hereby moves, unopposed, for leave for attorney Jeffrey H. McClelland to appear telephonically at the Final Fairness Hearing and Final Approval that is currently scheduled for October 7, 2026, starting at 9:30 a.m. Pacific Time.

Mr. McClelland was granted *pro hac vice* admission in this action on June 25, 2024. As noted in his Verified Petition for Permission to Practice in This Case Only by Attorney Not Admitted

to the Bar of This Court and Designation of Local Counsel [Doc. 19], Mr. McClelland works out of the Firm's Denver, Colorado office. Accordingly, Mr. McClelland would need to travel to Las Vegas, Nevada to attend the Final Fairness Hearing and Final Approval in person if he is not granted leave to appear telephonically instead. Just cause exists to grant Mr. McClelland leave to appear at this hearing telephonically to avoid TMA incurring legal fees and travel expenses that would result from Mr. McClelland appearing at this hearing in person.

Counsel for TMA conferred with counsel for Plaintiffs Christina Cantu and Rebekah Svinning ("Plaintiffs") and counsel for Defendant TM Equities Inc. ("TM Equities") regarding the relief requested in this motion. Counsel for Plaintiffs and TM Equities stated that their respective clients do not oppose the requested relief.

WHEREFORE, TMA respectfully requests that the Court enter an order granting Mr. McClelland leave to appear at the Final Fairness Hearing and Final Approval that is currently scheduled for October 7, 2026, at 9:30 a.m. Pacific Time.

DATED this 2 day of October, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Maria K. Thompson

MARIA K. THOMPSON
Nevada Bar No. 16762
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

Attorneys for Thompson Michie Associates, Inc.

IT IS SO ORDERED:

Dated: October 5, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW